*Viacom, Inc.*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 9/30/2005 |
| NAME OF SERVER *(PRINT)* John P. Cochran | TITLE Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By service upon Viacom's registered agent, Corporate Service of America, 1090 Vermont Ave Washington DC, in compliance with FRCP 4(g) and D.C. statute.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/30/2005
                    Date          Signature of Server

4718 N. 20th Pl Arlington VA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.