IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE WOODLAND<br>607 Galveston Place, S.E.<br>Washington, D.C. 20032<br><br>      **Plaintiff,**<br><br>      v.<br><br>VIACOM INC.,<br>a Delaware Corporation<br>1515 Broadway<br>New York, NY 10036<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:05-cv-01611-PLF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER OF DEFENDANT VIACOM INC.

Defendant Viacom Inc., by and through its attorneys, files its Answer and Defenses to the Complaint filed by Plaintiff Antoinette Woodland as follows:

In Response to the COMES NOW paragraph in the Complaint, Defendant admits that Plaintiff presents this Complaint against Defendant Viacom Inc. to enforce her rights under the District of Columbia Human Rights Act, but denies that that facts exist that would entitle Plaintiff to judgment against Defendant on such a claim.

## JURISDICTION

1. In response to Paragraph 1 of the Complaint, Defendant, upon information and belief, admits that Plaintiff is a citizen of the District of Columbia. Defendant further admits that it is a corporation chartered in the state of Delaware, and that Plaintiff and Defendant are citizens of different states. Defendant admits that Plaintiff is seeking $1,000,000.00, but denies that facts exist to obtain the relief sought. The remaining allegations in Paragraph 1 of the Complaint assert legal

conclusions to which no responsive pleading is required.  To the extent responses are required, Defendant denies the remaining allegations in Paragraph 1 of the Complaint.

2.  The allegations in Paragraph 2 assert legal conclusions to which no responsive pleading is required.  To the extent responses are required, Defendant denies the allegations in Paragraph 2 of the Complaint.

### STATEMENT OF FACTS

3.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the Complaint.

4.  Defendant admits the allegations in Paragraph 4 of the Complaint.

5.  Defendant admits the allegations in Paragraph 5 of the Complaint.

6.  Defendant denies the allegations in Paragraph 6 of the Complaint.

7.  Defendant denies the allegations in Paragraph 7 of the Complaint.

8.  Defendant denies the allegations in Paragraph 8 of the Complaint.

9.  Defendant denies the allegations in Paragraph 9 of the Complaint.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the Complaint.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint.

12. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Complaint.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Complaint.

14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Complaint.

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Complaint.

16. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 of the Complaint.

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 of the Complaint.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 of the Complaint.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the Complaint.

20. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 of the Complaint.

21. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 of the Complaint.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of the Complaint.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 of the Complaint.

24. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 of the Complaint.

25. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of the Complaint.

26. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Complaint.

27. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the Complaint.

28. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Complaint.

29. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Complaint.

30. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the Complaint.

31. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 of the Complaint.

32. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 of the Complaint.

33. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Complaint.

34. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 of the Complaint.

35. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 of the Complaint.

36. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of the Complaint.

37. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 of the Complaint.

38. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 of the Complaint.

39. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 of the Complaint.

40. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 of the Complaint.

41. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 of the Complaint.

42. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 of the Complaint.

43. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 of the Complaint.

44. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 of the Complaint.

45. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the Complaint.

46. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 of the Complaint.

47. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 of the Complaint.

48. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 of the Complaint.

49. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 of the Complaint.

50. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 of the Complaint.

51. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 of the Complaint.

52. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the Complaint.

53. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 of the Complaint.

54. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 of the Complaint.

55. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 of the Complaint.

56. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 of the Complaint.

57. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 of the Complaint.

58. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 of the Complaint.

59. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 of the Complaint.

60. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 of the Complaint.

61. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 of the Complaint.

62. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 of the Complaint.

63. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 of the Complaint.

64. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 of the Complaint.

65. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 of the Complaint.

66. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 of the Complaint.

67. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 of the Complaint.

68. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 of the Complaint.

69. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 of the Complaint.

70. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 of the Complaint.

71. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71 of the Complaint.

72. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 of the Complaint.

73. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 of the Complaint.

74. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 of the Complaint.

75. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 of the Complaint.

76. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76 of the Complaint.

77. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 of the Complaint.

78. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 of the Complaint.

79. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 of the Complaint.

80. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 of the Complaint.

## COUNT I

### UNLAWFUL DISCRIMINATION IN VIOLATION OF THE DISTRICT OF COLUMBIA HUMAN RIGHTS ACT § 2-1402.11

81. Defendant incorporates by reference its responses to Paragraphs 1 through 80 above.

82. Defendant admits the allegations in Paragraph 82 of the Complaint.

83. The allegations in Paragraph 83 assert legal conclusions to which no responsive pleading is required. To the extent responses are required, Defendant denies the allegations in Paragraph 83 of the Complaint.

84. The allegations in Paragraph 84 assert legal conclusions to which no responsive pleading is required. To the extent responses are required, Defendant denies the allegations in Paragraph 84 of the Complaint.

85. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 of the Complaint.

86. Defendant denies the allegations in Paragraph 86 of the Complaint.

### RELIEF SOUGHT

87. Defendant incorporates by reference its responses to Paragraphs 1 through 87 above.

88. In response to Paragraph 88 of Plaintiff's Complaint, Defendant admits the Plaintiff is requesting relief in her Complaint, but denies that Plaintiff is entitled to any of the relief requested in her Complaint.

89. Defendant denies that Plaintiff is entitled the relief requested in Paragraph 89 of the Complaint.

90. Defendant denies that Plaintiff is entitled the relief requested in Paragraph 90 of the Complaint.

91. Defendant denies that Plaintiff is entitled the relief requested in Paragraph 91 of the Complaint.

92. Defendant denies that Plaintiff is entitled the relief requested in Paragraph 92 of the Complaint.

93. In Response to Paragraph 93 of the Complaint, Defendant admits that Plaintiff demands a jury trial. Whether a trial by jury is available to Plaintiff is a legal conclusion to which no responsive pleading is required.

Defendant denies every allegation, whether express or implied, that is not unequivocally or specifically admitted in the Answer. Defendant further denies that Plaintiff is entitled to any of the relief requested in her Complaint.

## AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim upon which relief can be granted under the D.C. Human Rights Act, D.C. Code Ann. § 2-1402.11 because Defendant Viacom Inc. is not Plaintiff's employer.

2. Plaintiff otherwise fails to state a claim upon which relief can be granted.

3. Plaintiff has failed to join an indispensable party under Fed. R. Civ. P. 19.

4. Plaintiff's claims are barred by the applicable statute of limitations.

5. Plaintiff has failed to timely and properly exhaust all administrative remedies.

6.  Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, laches and/or unclean hands.

7.  To the extent Plaintiff is found to have suffered harm, no such harm occurred as a result of conduct on the part of Defendant.

8.  Plaintiff is not entitled, on the law or the facts, to any of the damages claimed, including, but not limited to, punitive damages.

9.  Because Defendant did not discriminate against Plaintiff based on her gender, and did not otherwise harm Plaintiff, Plaintiff is not entitled to any compensatory damages, punitive damages, pre- and post-judgment interest, the costs of litigation, including reasonable attorney's fees and expert witness fees, or any other such relief.

10. Plaintiff has failed to allege any willful or intentional conduct that would support a finding of punitive damages.

11. To the extent Plaintiff is found to have incurred any damages, she has failed to mitigate damages in whole or in part.

12. Defendant reserves the right to assert additional affirmative defenses as may be discovered during the course of this litigation.

Date: October 20, 2005                                  Respectfully submitted,

                                      _____/s/_____
                                      Grace E. Speights (D.C. Bar # 392091)
                                      Ray E. Donahue (D.C. Bar # 482930)
                                      Morgan, Lewis & Bockius LLP
                                      1111 Pennsylvania Avenue, N.W.
                                      Washington, D.C. 20004
                                      (202) 739-3000

                                      Attorneys for Defendant Viacom Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of October, 2005, a copy of the foregoing Answer was served via the electronic case filing (CM/ECF) system and first-class mail on Counsel for Plaintiff as follows:

>Jimmy A. Bell, Esq.
>The Law Offices of Jimmy A. Bell, P.C.
>9610 Marlboro Pike
>Upper Marlboro, MD 20772

                                                /s/
                                     Ray E. Donahue