IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINETTE WOODLAND** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05-cv-01611-PLF |
| | ) |
| **VIACOM INC.** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF APPEARANCE OF LEAD COUNSEL**
**FOR DEFENDANT VIACOM INC.**

Please enter the appearance of the following lead counsel for Defendant Viacom Inc.:

Grace E. Speights (D.C. Bar # 392091)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C, 20004
(202) 739-5189


Date: October 20, 2005                     Respectfully submitted,


                                           _____/s/_____
                                           Grace E. Speights (D.C. Bar # 392091)
                                           Morgan, Lewis & Bockius LLP
                                           1111 Pennsylvania Avenue, N.W.
                                           Washington, D.C. 20004
                                           (202) 739-5189

                                           Lead Attorney for Defendant Viacom Inc.