IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ANTOINETTE WOODLAND,** | : |
| Plaintiff, | : |
| v. | : Case No.: 1:05-cv-01611-PLF |
| **VIACOM, INC.,** | : |
| Defendant. | : |

**JOINT STIPULATION TO EXTEND DEADLINE**
**FOR RULE 26(a)(1) INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 6(b) and 26(a)(1), Plaintiff Antoinette Woodland and Defendant Viacom, Inc., through their undersigned attorneys, hereby agree and stipulate to extend the deadline to make disclosures pursuant to Fed. R. Civ. P. 26(a)(1). The Court's November 17, 2005 Scheduling Order required that such disclosures "shall be made by November 30, 2005." However, because of the intervening Thanksgiving holiday, the parties have jointly agreed to extend the deadline nine (9) days to December 9, 2005, which will allow sufficient time for the parties to complete the disclosures required by Rule 26(a)(1). This extension will not affect the parties' ability to comply with all other discovery deadlines, as set by the Court's November 17, 2005 Scheduling Order.

The parties therefore jointly request that the Court to extend the deadline for the parties to make their Rule 26(a)(1) disclosures as set forth above. The foregoing is so stipulated and agreed.

                                        Respectfully submitted,

Date: November 29, 2005　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Jimmy A. Bell, Esq. (Bar No. MD 14639)
　　　　　　　　　　　　　　　　　　Law Office of Jimmy A. Bell, P.C.
　　　　　　　　　　　　　　　　　　9610 Marlboro Pike
　　　　　　　　　　　　　　　　　　Upper Marlboro, MD  20772
　　　　　　　　　　　　　　　　　　(301) 599-7620
　　　　　　　　　　　　　　　　　　(301) 599-7623 (Fax)
　　　　　　　　　　　　　　　　　　jimbellesq@aol.com

　　　　　　　　　　　　　　　　　　Counsel for Plaintiff Antoinette Woodland


Date: November 29, 2005　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Grace E. Speights (D.C. Bar # 392091)
　　　　　　　　　　　　　　　　　　Ray E. Donahue (D.C. Bar # 482930)
　　　　　　　　　　　　　　　　　　Morgan, Lewis & Bockius LLP
　　　　　　　　　　　　　　　　　　1111 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　(202) 739-3000
　　　　　　　　　　　　　　　　　　(202) 739-3001 (fax)

　　　　　　　　　　　　　　　　　　Counsel for Defendant Viacom Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINETTE WOODLAND,** : | |
| Plaintiff, : | |
| v. : | Case No.: 1:05-cv-01611-PLF |
| **VIACOM, INC.,** : | |
| Defendant. : | |

## [PROPOSED] ORDER

UPON CONSIDERATION of the parties' Joint Stipulation to Extend Deadline for Rule 26(a)(1) Disclosures, it this _____ day of _____, 2005 hereby ORDERED that:

Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by December 9, 2005; and

The Court's November 17, 2005 Scheduling Order otherwise shall remain unchanged.

IT IS SO ORDERED.

Date_____          _____
                                     Paul L. Friedman
                                     United States District Judge