Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Grace E. Speights
Partner
202.739.5189
gspeights@morganlewis.com

October 17, 2005

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Jimmy A. Bell, Esq.
The Law Offices of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
Fax: 301.599.7623

Re:    Antoinette Woodland v. Viacom Inc., Civil Action No. 1:05-cv-01611-PLF

Dear Jimmy:

We have been retained by Defendant Viacom Inc. in the above-captioned matter. As you should know, Viacom, Inc. is not a proper party to Ms. Woodland's claim of gender discrimination under the D.C. Human Rights Act. Such a claim can only be brought, if at all, against Ms. Woodland's actual employer, Black Entertainment Television.

We expect Plaintiff to dismiss this lawsuit before Viacom is required to file a responsive pleading. Please let us know by close of business on Tuesday, October 18, 2005 whether you intend to do so.

Sincerely,

*Grace E. Speights/RD*

Grace E. Speights, Esq.

c:    Ray E. Donahue, Esq.

**EXHIBIT 1**

1-WA/2466365.1