UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
**ANTOINETTE WOODLAND,**            :
                                    :
        Plaintiff,                  :
                                    :
v.                                  :   Case No.: 1:05-cv-01611-PLF
                                    :
**VIACOM, INC.,**                   :
                                    :
        Defendant.                  :
_____:

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant Viacom's Rule 19 Motion to Dismiss, its Memorandum of Points and Authorities in support thereof, any Opposition and Reply thereto, the entire record herein, and the arguments of counsel, it is hereby ORDERED that Plaintiffs' Motion is GRANTED in its entirety.

IT IS FURTHER ORDERED that Plaintiff's Complaint shall be dismissed with prejudice.

So ordered this _____ day of _____, 2006.

                                    _____
                                    Paul L. Friedman
                                    United States District Judge