Plaintiff's Exhibit 1: Plaintiff's Paystub

Case 1:05-cv-01611-PLF    Document 10-2    Filed 01/31/2006    Page 1 of 2

12/24/2017 01:44 FAX ☑002

## BET
### STATEMENT OF EARNINGS AND DEDUCTIONS

CHECK NUMBER: 800002247
PAY PERIOD ENDING: 5/20/2005
CHECK DATE: 5/27/2005
579-94-XXXX

FILING STATUS: 579-94-XXXX
Taxable Marital Status: S

Exemption/Allowances:
Federal: 04
State: 02 DC
Local: 00

ANTOINETTE L WOODLAND
607 GALVESTON PLACE, S.E.
WASHINGTON, DC 20032

**MESSAGE CENTER**
PLEASE CONTACT PAYROLL OR A HUMAN RESOURCE MANAGER FOR PAYROLL QUESTIONS.

| SCHEDULE HOURS | | 75.00 | |
|---|---|---|---|
| ACCRUAL TYPE | EARNED | TAKEN | AVAILABLE |
| VACATION | 172.35 | 67.50 | 104.85 |
| SICK | 171.82 | 90.00 | 81.82 |

| DESCRIPTIONS | HOURS | EARNINGS CURRENT | Y-T-D | DESCRIPTIONS | DEDUCTIONS CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| GROUP TERM LIFE | | 3.57 | 35.70 | SOC SECURITY TAX | 161.42 | 2,054.13 |
| REGULAR PAY | 75.00 | 2,600.00 | 24,440.00 | MEDICARE TAX | 37.75 | 480.40 |
| SICK PAY | | | 2,080.00 | FEDERAL TAX | 312.62 | 4,561.78 |
| VACATION PAY | | | 1,040.00 | DC STATE TAX | 170.67 | 2,317.86 |
| HOLIDAY | | | 1,040.00 | DIR DEP CHECKING | 1,657.54 | 20,821.23 |
| STIP BONUS | | | 4,495.40 | 401K PRE-TAX | 260.00 | 2,860.00 |
| GROSS PAY | | 2,600.00 | 33,095.40 | | | |
| GROSS WAGES | | 2,603.57 | 33,131.10 | | | |
| TOTAL HRS/EARNINGS | 75.00 | 2,603.57 | 33,131.10 | TOTAL DEDUCTION | 2,600.00 | 33,095.40 |

SUMMARY OF EARNINGS AND DEDUCTIONS
FEDERAL TAXABLE WAGES: 2,343.57

| | EARNINGS | FED W/H TAX | F.I.C.A./SS MED | STATE/LOCAL | OTHER | NET CHECK |
|---|---|---|---|---|---|---|
| CURRENT | 2,603.57 | 312.62 | 199.17 | 170.67 | 1,917.54 | |
| Y-T-D | 33,131.10 | 4,561.78 | 2,534.53 | 2,317.86 | 23,681.23 | |



JP MORGAN CHASE
SYRACUSE, NY
50-937 213

CHECK DATE: 5/27/2005
CHECK NO.: 800002247

### THIS IS NOT A CHECK
### NON NEGOTIABLE

DEPOSIT INTO THE ACCOUNT OF:

ANTOINETTE L WOODLAND
607 GALVESTON PLACE, S.E.
WASHINGTON, DC 20032

| ACCOUNT NUMBER | TRANS | AMOUNT |
|---|---|---|
| 78061017 | 25607534 | 1,657.54 |

VIACOM PAYROLL DEPARTMENT
1515 Broadway 50TH FLR
New York, NY 10036

ANTOINETTE L WOODLAND    BET CAD   ASSGT 0130
607 GALVESTON PLACE, S.E.
WASHINGTON, DC 20032