Plaintiff's Exhibit 2: Plaintiff's Copy of Defendant's Business Conduct Manual



CAO
WOODLAND,ANTOINETTE L

VIACOM





2   Introductory Letter

3   Questions and Answers

5   Compliance with Laws, Rules and Regulations

6   Conflicts of Interest

10   Confidentiality, Inside Information and Fair Disclosure

12   Financial Accounting and Improper Payments

14   Equal Employment Opportunity

15   Harassment-Free Workplace Environment

17   International Business

19   Fair Dealing and Competition

23   Protection and Proper Use of Viacom Assets; Electronic Communication

25   Respect for Intellectual Property Rights

26   Corporate Communications

28   Health, Safety and the Environment

29   Political Contributions and Payments

30   Implementation of the Viacom Business Conduct Statement

35   Employee and Director Certification

PAGE 2 | VIACOM BUSINESS CONDUCT STATEMENT

# DEAR DIRECTORS AND EMPLOYEES:

Viacom is a special company.

We enrich the lives of millions of people around the world by providing them with a vast array of quality entertainment while providing an exceptional return to our stockholders.

Viacom strives to maintain a work environment that upholds the highest standards of business ethics and workplace behavior. The ability to work smart and the character and skill needed to overcome setbacks are far more important to our long-term success than any single victory along the way.

The Viacom Business Conduct Statement confirms our commitment to the highest standard of appropriate and ethical business behavior. This Statement addresses a wide variety of business situations, but it cannot possibly answer all questions. Ultimately, Viacom relies on your good faith and sense of what is right and prudent. If the Statement does not cover the situation, each of us must act ethically. If you have any questions, our Compliance Officers are there to help.

We urge you to read the Statement carefully. It is important that each of us understands the Statement's purpose and commits to abide by its terms. Once you have read the Statement, please join us in completing the Employee and Director Certification form near the end of this booklet and return it to your Human Resources representative.

Thank you for your continued efforts, without which we would not have the ethical work environment of which we are so proud.

Sumner M. Redstone
Chairman of the Board and
Chief Executive Officer

Tom Freston
Co-President and
Co-Chief Operating Officer

Leslie Moonves
Co-President and
Co-Chief Operating Officer

# QUESTIONS AND ANSWERS

**WHAT IS THE PURPOSE OF THIS STATEMENT?**
The purpose of this Statement is to bring together in one convenient place a summary of the most important policies and rules that apply to Viacom, its employees and the members of its Board of Directors and to help us maintain a lawful, honest and ethical environment in our company.

**TO WHOM DO THE RULES AND POLICIES IN THIS STATEMENT APPLY?**
The rules and policies referenced in this Statement apply to all members of the Board of Directors of Viacom Inc. ("directors") and to all employees of the Viacom family of companies worldwide including those employed on a temporary, freelance or per diem basis. When we refer to "your Company," that means the business unit you work for, or Viacom Inc. if you are a director or employee of the Viacom Inc. corporate offices. When we refer to Viacom, that includes your business unit as well as Viacom Inc.

**WHAT IS THE BASIS FOR ALL OF THESE POLICIES?**
Many of the policies are based on laws, governmental rules and regulations that apply to our employees, our directors and us. Examples are the antitrust and securities laws, FCC rules, the Foreign Corrupt Practices Act, the Sarbanes-Oxley Act, New York Stock Exchange rules and laws against employment discrimination. We expect all employees and directors to comply with all applicable governmental laws, rules and regulations, whether or not a particular subject is specifically discussed in this Statement. Other policies in this Statement reflect our view of the right way to ensure that our conduct is lawful and ethical and that our workplace is free of unlawful discrimination and harassment and conducive to the work we need to accomplish.

**WHAT SHOULD YOU DO IF YOU HAVE QUESTIONS ABOUT THE STATEMENT OR DO NOT UNDERSTAND ANY PART OF THE STATEMENT?**
We understand that even though you will have received training on many of these policies you may still have some questions. Although we have done our best to be clear, some of the policies referenced in this Statement are based on complex laws and regulations. Each policy is important because even an unintentional violation of our policies may have serious consequences for Viacom and any individual involved in the violation. For general questions, you should contact your supervisor, your Human Resources representative or any of the Compliance Officers identified in the section of this Statement titled "Implementation of the Viacom Business Conduct Statement" for clarification. You may also consult a lawyer in your Company's law department if you have questions about any of these policies.

**WHAT SHOULD YOU DO WHEN YOU RECEIVE THIS STATEMENT?**
You should read it carefully and make sure you understand each part.

PAGE 4 | VIACOM BUSINESS CONDUCT STATEMENT

When you have read and understood the Statement, you should sign the Employee and Director Certification near the end of this booklet and return the Certification to your Human Resources representative. You will be asked to review the policy and sign a new certification at least once every two years.

If any important information on your disclosure form changes before you are sent a new form, you should obtain a new form from your Human Resources representative or download a new form from the Viacom "Crossroads" portal: crossroads.viacom.com (or other Company intranet sites) and submit it to your Human Resources representative promptly. New disclosures with respect to entertainment and gifts, as discussed in the Conflict of Interest section of the Statement, may be made initially to your supervisor or a Compliance Officer.

**WHAT SHOULD YOU DO IF YOU BECOME AWARE OF A VIOLATION OF ANY RULE OR POLICY IN THIS STATEMENT?**
You are required to report any violation of which you become aware. You should follow the Employee and Director Reporting Procedures in the section of this Statement entitled "Implementation of the Viacom Business Conduct Statement" to report a violation of any rule or policy in this Statement.

**HOW CAN YOU BE SURE YOUR JOB WILL NOT BE IN JEOPARDY IF YOU REPORT A VIOLATION?**
Viacom will protect anyone who makes a good faith report of a violation of this Statement. We will take strong measures against any person who retaliates against someone who makes a report. Retaliation may also be a violation of the law.

**ARE THESE ALL OF THE POLICIES THAT APP TO VIACOM EMPLOYEES AND DIRECTORS? WHICH POLICIES TAKE PRECEDENCE?**
Viacom has other policies that also are important. One example is Viacom's detailed policies on payola and plugola that apply to our broadcast businesses; another is Viacom's Financial Policies an Procedures Manual. In some cases, Viacom also has more detailed policies about some subjects discussed in this Statement. In that case, the more detaile rules also apply to the extent they are consistent with this Statement. This Statement replaces all prior versions of the Viacom Business Conduct Statemen

If you have any questions about what policy applies on any subject, or if you need a copy of Viacom's other policies on any subject, you should consult your supervisor, a Human Resources representative, a Compliance Officer or a lawyer in your Company's law department if you are an employee, or Viacom Inc's Corporate Secretary if you are a director.

## COMPLIANCE WITH LAWS, RULES AND REGULATIONS

Obeying both the letter and spirit of the law is one of the foundations of Viacom's ethical standards. It is Viacom's policy to comply with all applicable laws, rules and regulations.

You must always conduct your business affairs with honesty, integrity and good judgment. You must respect and obey the laws of the cities, states and countries in which we operate. While you are not expected to know the details of all the laws that govern our business in every jurisdiction, you are expected to understand the laws and regulations applicable to your duties at your Company and to understand the regulatory environment within which Viacom operates well enough to know when to seek advice from supervisors, managers or other appropriate personnel.



PAGE 6 | VIACOM BUSINESS CONDUCT STATEMENT

# CONFLICTS OF INTEREST

You have a primary business responsibility to your Company and to Viacom and are expected at all times to work in the best interests of your Company and Viacom. You must avoid all conflicts between the best interests of your Company and Viacom and your own personal relationships or interests. Even the appearance of a conflict of interest can undermine our integrity in the minds of your co-workers, our customers, our suppliers or the public.

## DISCLOSING AND ADDRESSING POTENTIAL CONFLICTS OF INTEREST

Viacom requires that you disclose, in writing, any personal business or other relationship that could potentially affect your business judgment on behalf of your Company or Viacom. The existence of a *potential conflict of interest*, such as one or more of the situations discussed below, does not necessarily constitute a violation of Viacom's conflict of interest policy. Our policy is one of disclosure and review of potential conflicts and prohibition of *actual conflicts of interest*. In some cases, disclosure may be all that is required. In others, the situation may require additional action to avoid a conflict of interest or to remedy one. But remember, in all cases, you must disclose all potential conflicts of interest.

## PROHIBITION OF ACTUAL CONFLICTS OF INTEREST

Viacom has established procedures to review all disclosures of potential conflicts of interest to determine whether there is a significant risk that the situation presented is likely to affect your business judgment. If it is determined that an actual conflict of interest may exist, Viacom will determine what additional actions are required to be taken by you, your Company and/or Viacom with respect to the situation. Viacom's determination that a particular situation does not give rise to an actual conflict of interest will not be considered a waiver of its conflict of interest rules.

*Here is an example of how Viacom's disclosure and review process works: suppose your spouse owns a supplier of your Company. You are required to disclose this potential conflict of interest. If you are not responsible for making decisions that directly affect the supplier, Viacom likely will determine that no actual conflict of interest exists. If, on the other hand, you are responsible for purchasing decisions that affect the supplier, Viacom will likely determine that an actual conflict of interest exists and will require an appropriate remedy.*

Certain types of conduct present an obvious danger of affecting your business judgment and therefore always are prohibited. An example from the list below is soliciting or accepting money for your personal benefit from a supplier of your Company. We expect you under all circumstances to avoid any conduct or activity, whether or not listed below, which is likely to affect your business judgment on behalf of your Company and Viacom and therefore constitutes a prohibited actual conflict of interest. If you nonetheless have become involved in an actual conflict of interest situation, we expect you promptly to disclose it.

DISCLOSURE PROCEDURE

Your conflict of interest disclosure should be made on the Employee and Director Certification form near the end of this booklet. You must complete a new Certification form any time you become aware of a new conflict of interest or potential conflict of interest or if your initial disclosures require updating. You should return this updated form to your Human Resources representative. You may obtain additional copies of this form from your Human Resources representative or on the Viacom Inc. Crossroads intranet site: crossroads.viacom.com (or other Company intranet sites).

Your Company or department may have additional specific policies regarding conflicts of interest. You are responsible for knowing and complying with the relevant policies applicable to you.

LIST OF CONFLICTS OF INTEREST AND POTENTIAL CONFLICTS OF INTEREST

We have listed below activities and interests that are conflicts of interest or potential conflicts of interest and should be disclosed. This list is not exhaustive, however. You must also disclose any other personal business interest that may interfere with your business responsibility to your Company and to Viacom or may have the appearance of doing so. Because it is impossible to describe every potential conflict of interest, Viacom relies on your commitment to exercise good judgment, to seek advice when appropriate and to adhere to the highest ethical standards in the conduct of your professional and personal affairs.

You must disclose any of the following activities:

《 accepting fees, commissions, or any other personal benefit (other than as described in the next bullet point) from any person or business involved in any transaction with Viacom;

《 accepting any of the following from a current or would-be supplier, customer, or competitor of your Company: entertainment, meals, gifts, discounts, services, transportation or favors that (i) are worth more than a minimal value or (ii) obligate you or influence your decision-making in any way, regardless of value. Each Company establishes its own guidelines for what constitutes minimal value. If you do not know the amount that your Company has established as constituting minimal value, please ask a member of your Company's law department or a Human Resources representative. Disclosures under this and the following paragraph should be made first to your supervisor or a Compliance Officer who will advise you if an updated Certification form is required;

*Here is an example of how Viacom's conflict of interest rules apply to gifts and entertainment that may be offered to you: Suppose a supplier offers you tickets to a sporting event. If you are interested in accepting the offer, you should disclose it to your supervisor. If the tickets have only minimal value or are offered in connection with a hosted event at which business will be conducted, there is a potential conflict, but participation may be allowed. If the offer has substantial value because the tickets are expensive, very hard to obtain,*



*or offered together with transportation, accommodations or other valuable items, and no business will be conducted, it is more likely that we will find an actual conflict of interest and you will not be allowed to accept;*

《 offering or supplying entertainment, meals, transportation, gifts or other favors to any person in a business relationship with your Company, other than those reasonable and appropriate for the individuals involved and the business at hand;

《 soliciting or accepting money for your personal benefit in any amount from a current or potential supplier, customer or competitor of your Company;

《 having a financial or management interest (as an employee or director) in customers, suppliers, competitors or any enterprise that you know or reasonably believe has a business relationship with Viacom. A financial interest need not be disclosed if it involves less than 1% of the stock of a publicly held company, unless it constitutes a significant portion of your net worth;

《 accepting an offer to participate, through a special allocation of shares, or otherwise receiving terms or benefits not generally available to the public in an offering of securities of, or underwritten by, any current or prospective supplier, customer or competitor of your Company or a firm that provides or may provide investment banking, financial advisory, underwriting or other similar services to your Company or any other entity with which your Company has a business relationship;

《 borrowing from or lending to any person in a business relationship with your Company, including customers, suppliers or competitors (or fellow employees, other than in occasional nominal amounts) except for normal banking transactions with financial institutions;

《 engaging in business with, or as a customer or supplier of your Company, other than in the ordinary course as an employee or a public consumer;

*One example of a potential business transaction which would have to be disclosed under these rules is the submission of a script or other creative work to your Company or one of its competitors. While this may be allowed in many circumstances, our rules would require that you disclose the submission in advance.*

《 competing with your Company;

《 arranging or facilitating any business transaction between any of your relatives and your Company or between any of your relatives and any customer or supplier of your Company;

《 maintaining concurrent employment with your Company and with any other organization. Your Company may have special rules on this subject, but we do expect you to disclose any other employment;

《 facilitating a known conflict of one of our suppliers, customers or of government officials, for example, by making a payment to an individual when you know the funds should go to his or her employer; or

《 having members of your immediate family (defined as: your spouse, domestic partner, and minor children) or, to your knowledge, your adult children, parents, or siblings, employed by a customer, supplier or competitor of your Company. If you have disclosed this type of potential conflict of interest, you should later report any change in the reported relationship that puts you more in a position to influence or be influenced by your relative's employment. This situation does not require disclosure where the relationship between your relative and your Company is insignificant, such as where your relative works for a manufacturer of a widely distributed product of which your Company is an insignificant customer;

You should also disclose if any member of your immediate family proposes to do any thing, own any interest or serve in any position you would be required to disclose if it were you doing the owning, serving, etc. For example, you would need to disclose the fact that your minor child owned 10% of the stock of a supplier.

We expect you to disclose conflict of interest situations involving members of your immediate family. As to other relatives, the rules depend on your knowledge of the situation. For example, we don't expect you necessarily to know all about all of the investments and business relationships of your grown brother or sister, although, we do expect you not to intentionally shield yourself from such information. If you do know that your adult sister owns a contractor that provides Viacom with a service, you need to let us know. We may decide that it would be best if you were not the employee deciding whether to use that contractor or another contractor.

Finally, nothing in this Statement is intended to prohibit you or any family member from engaging in regular consumer transactions with your Company or Viacom.

LOANS TO EXECUTIVE OFFICERS, DIRECTORS AND EMPLOYEES
Viacom will not extend credit to or for any of its directors or executive officers nor, except in very limited circumstances, to or for any of its employees. If you have any questions, you should discuss these rules with a Compliance Officer or Viacom Inc.'s General Counsel.

CORPORATE OPPORTUNITIES
You owe a duty to your Company and to Viacom to advance their legitimate business interests when the opportunity to do so arises. You are prohibited from taking for yourself personally (or directing to a third party) a business opportunity that is discovered through the use of Viacom property, information or your position, unless your Company has already been offered the opportunity and turned it down and consents to your personal pursuit of the opportunity. More generally, you are prohibited from competing with Viacom or using Viacom property, information or your position for personal gain.

 

# CONFIDENTIALITY, INSIDE INFORMATION AND FAIR DISCLOSURE

## CONFIDENTIALITY

In carrying out Viacom's business, you often learn confidential or proprietary information about Viacom, its customers, prospective customers or other third parties. Employees and directors must maintain the confidentiality of all information entrusted to them, except when disclosure is authorized or legally required. Confidential or proprietary information includes, among other things, any non-public information concerning Viacom, including its businesses, financial performance, results or prospects, and any non-public information provided by a third party with the expectation that the information will be kept confidential and used solely for the business purpose for which it was conveyed. You must preserve confidential information even after your employment (or service as a director) ends. Additionally, you are prohibited from recording the conduct of any Viacom business via tape recorder, electronic recording device or any other non-manual or non-written means. Any exception to this prohibition requires express authorization from your department head, an individual senior to your department head, one of your Company's lawyers or a Viacom Inc. lawyer.

## INSIDE INFORMATION

The securities laws are complicated and in some cases difficult to understand. Violation of these laws may result in severe penalties, including criminal penalties for Viacom or any individual involved in the violation. If you have a question about the possible application of the securities laws, you should promptly consult one of your Company's lawyers.

Employees and directors who have access to or otherwise possess material inside information concerning Viacom or any other corporation may not use that information in purchasing or selling stock or other securities. You are also prohibited by Viacom policy and the federal securities laws from communicating inside information (tipping) to any other person for use in purchasing or selling stock or other securities.

A determination as to whether information is "material" or "inside" depends on all of the relevant facts and circumstances.

"Material information" is any information that a reasonable investor would consider important in determining whether to buy or sell securities. For example, such information may include dividend changes, earnings information, changes in previously released earnings estimates, significant merger, acquisition or divestiture or other significant commercial transaction proposals or agreements, major litigation, significant product news and senior management developments. These examples are not a complete list of what may constitute material information.



"Inside information" is material information that has not been effectively brought to the attention of the investing public. To avoid uncertainty, information should be viewed as having been effectively publicized only after it has been released to the public through Viacom's public filings, wire services, press releases or other widely available media and a reasonable period of time has passed to enable the public to evaluate the information.

ADDITIONAL RESTRICTIONS ON TRADING COMPANY SECURITIES AND PRE-CLEARANCE REQUIREMENTS
Because of their position with Viacom or as a member of its Board of Directors, certain officers, our directors and certain other employees are subject to additional restrictions on trading in Viacom securities, including the securities of Viacom Inc., Blockbuster and any of Viacom Inc's wholly owned subsidiaries or controlled affiliates that may become publicly held. These persons are generally not permitted to buy or sell Viacom securities except during a "window period" following the release of the respective Company's quarterly or year-end earnings and/or are required to pre-clear all trading with Viacom Inc's General Counsel or Deputy General Counsel in advance. (Blockbuster has similar rules pertaining to trading in its securities; these rules are administered by Blockbuster's General Counsel.) If these additional trading restrictions apply to you, you will have received a detailed memorandum that explains the rules.

Even during a window period, no one is permitted to trade if he or she is in possession of material inside information.

FAIR DISCLOSURE
Viacom is subject to the rules and regulations of the Securities and Exchange Commission (the "SEC"), which restrict the selective disclosure of material information to securities analysts and other market professionals prior to making it available to the general public.

These rules and regulations require publicly traded companies to make public any material, non-public information (oral or written) that a company discloses to the financial community and stock-holders. Viacom may not communicate material, non-public information selectively to analysts or stockholders. Public disclosure must be made prior to or contemporaneous with the communication of the information, for example, by filing the information on a report with the SEC, distributing a press release, or having conference calls to which the public has been provided advance notice and granted access. Viacom Inc. has designated only its Chief Executive Officer; Chief Operating Officer; Chief Financial Officer; Senior Vice President, Investor Relations and Senior Vice President, Corporate Communications to make disclosures of material information.

If Viacom discovers that it has made an unintentional non-public disclosure of material information, public disclosure must be made promptly. If you have a concern about a disclosure, you should immediately contact the Viacom Corporate Communications department or a Viacom lawyer.

# FINANCIAL ACCOUNTING AND IMPROPER PAYMENTS

All Viacom transactions must be accurately and fairly recorded to allow Viacom's financial statements to be prepared properly and to ensure full accountability for all of Viacom's assets and activities. Accounting and financial reporting practices are to be fair and proper, in accordance with, as applicable, generally accepted accounting principles in the United States of America (GAAP) or international accounting standards (IAS).

Each report on Form 10-Q and Form 10-K filed by Viacom Inc. with the SEC must contain certifications from Viacom Inc's CEO and CFO attesting to the fair presentation of our financial information and the effectiveness of our disclosure controls and internal control over financial reporting.

LIST OF PROHIBITED FINANCIAL PRACTICES THAT SHOULD BE REPORTED
We have listed below a few examples of financial practices that are always prohibited and which you should always report if you are involved in them or have knowledge of them. You should report not only improper accounting, but any breach of a control and any weakness of a control of which you may be aware. This list is not exhaustive:

《 approving or making any payment if you know that any part of such payment is to be used for any purpose other than that described by the documents supporting the payment;

《 using Viacom assets, facilities or services for any improper purpose. You are personally responsible for all Viacom funds and other assets over which you have control;

《 fraud in the preparation, evaluation, review or audit of any financial statement of Viacom (for example, concealing or falsifying data given to internal or external auditors);

《 fraud in the recording and maintaining of financial records of Viacom (for example, intentionally recording sales or expenses in the wrong period, capitalizing items that should be expensed or recording personal expenses as business expenses);

《 noncompliance with Viacom's internal accounting controls (for example, not obtaining required approvals);

《 misrepresentation to a senior officer or Viacom's internal or external auditors or accountants regarding a matter contained in the financial records, financial reports or audit reports of Viacom;



VIACOM BUSINESS CONDUCT STATEMENT | PAGE 13

《 deviation from full and fair reporting of Viacom's results of operations, financial condition or cash flows; or

《 improperly influencing, coercing, manipulating or misleading any independent public or certified accountant engaged in the performance of an audit of Viacom's financial statements.

We expect you to refrain from any misleading or deceptive financial practice, whether or not it is listed here, and to report any such practices if you become aware of them. Please refer to the Employee and Director Reporting Procedures described below in the section titled "Implementation of the Viacom Business Conduct Statement" for procedures to report improper financial practices or financial misconduct matters that have come to your attention.

IMPROPER INFLUENCE OF AUDITORS
You may not take any action (whether or not listed as an example below), directly or indirectly, to coerce, manipulate, mislead or influence any of our auditors, when you know, should know or intend that your actions may render our financial statements misleading. For example, you may not influence an auditor to (i) issue a report on Viacom's financial statements that is not warranted in the circumstances, (ii) refrain from performing audit, review or other procedures, (iii) refrain from issuing a report or withdrawing an issued report, or (iv) refrain from communicating matters to Viacom Inc.'s Audit Committee.

As additional examples of prohibited conduct, you may not (i) offer money or gifts, financial incentives or future employment or contracts for non-audit services, (ii) provide inaccurate or misleading legal analysis or other information, (iii) threaten to cancel an auditor's existing engagements, (iv) seek to have an audit partner removed from the engagement, (v) engage in blackmail or (vi) make physical threats.



PAGE 14 | VIACOM BUSINESS CONDUCT STATEMENT

# EQUAL EMPLOYMENT OPPORTUNITY

Viacom places a high value on providing equal employment opportunity and mainta
a diverse workforce. We work hard to comply with all applicable laws prohibiting
discrimination and we strive to make our workforce reflect the rich diversity of
our society and our customers. Viacom recruits and hires without regard to race
color, sex, religion, national origin, ethnicity, age, marital status, sexual orientation
disability, veteran status or any other basis prohibited by law. We strive to admin
all personnel actions such as hiring, compensation, promotions, benefits, transfers
layoffs, company-sponsored training, education, tuition assistance, terminations,
social and recreational programs in a consistent manner.

We expect all managers, directors and supervisory personnel to make a persona
commitment to practice and enforce the principles of our equal employment
opportunity policy.

# HARASSMENT-FREE
# WORKPLACE ENVIRONMENT

Viacom has a "zero tolerance" policy for sexual harassment or harassment based on race, color, sex, religion, national origin, ethnicity, age, marital status, sexual orientation, disability, veteran status or any other basis proscribed by applicable law. Discriminatory treatment, including sexual harassment and harassment based on a person's race, age or other protected status, is strictly prohibited.

Unlawful harassment may occur not only as a result of conduct by supervisors, but also due to conduct by directors and/or fellow employees, and, under some circumstances, conduct by customers, vendors, consultants, visitors and independent contractors. Unlawful harassment can take place in the office or in work-related settings outside the workplace, such as during business trips, business meetings and business-related social events. This Statement applies with equal force to conduct in all such settings.

Sexual harassment may exist where compensation or other employment benefits are conditioned on granting sexual favors. Sexual harassment also may exist where there is a hostile work environment caused by a pattern of unwanted sexual advances or unwanted visual, verbal or physical conduct of a sexual nature.

Unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature are sexual harassment when:

《 submission to the conduct is made, either explicitly or implicitly, a term or condition of the individual's employment;

《 submission to or rejection of the conduct by an individual is used as the basis for employment decisions affecting the individual (such as a promotion or a bonus); or

《 the conduct has the purpose or effect of unreasonably interfering with the individual's work performance or creating an intimidating, hostile or offensive working environment.

SPECIFIC EXAMPLES OF INAPPROPRIATE WORK-RELATED CONDUCT
The following are examples of things you may not do, but the list is not exhaustive. Viacom expects all directors and employees to observe the spirit as well as the letter of the harassment-free workplace policy. For example, you may not do any of the following:

《 ask for dates, or make sexual advances, where it is clear, or becomes clear, that the overture is unwelcome;



PAGE 16 | VIACOM BUSINESS CONDUCT STATEMENT

« threaten or engage in retaliation after an overture or inappropriate conduct is rejected or in response to the reporting of such conduct;

« display sexually offensive or explicit objects, pictures, magazines, cartoons, screen-savers, e-mails, or posters or engage in any other conduct that is likely to make people of a particular sex, race, religion, sexual orientation, or other protected class feel unwelcome, such as creating or forwarding suggestive or offensive jokes, cartoons, letters, notes, or invitations, whether transmitted by e-mail or otherwise;

« engage in any conduct of an overtly sexual nature, whether welcome or unwelcome;

« engage in inappropriate or threatening physical conduct, such as unwanted touching or impeding or blocking another person's movements; or

« make inappropriate statements concerning a person's race, color, religion, national origin, disability, age or sexual orientation, or inappropriate statements of a sexual nature, such as comments about an individual's body or appearance or intrusive questions or comments.

### SUPERVISOR/SUBORDINATE RELATIONSHIPS

Viacom recognizes that consenting romantic or sexual relationships may develop between a supervisor and a subordinate (whether such supervision is direct or indirect). These relationships frequently lead to complications and significant difficulties for the supervisor, the subordinate, others in the workplace and Viacom. If a consenting romantic or sexual relationship between a supervisor and a direct or indirect subordinate should develop, Viacom requires the supervisor to disclose this information to his or her Company's Human Resources department to ensure that there are no issues of actual or apparent favoritism, conflict of interest, sexual harassment or any other negative impact on others in the work environment.

Upon being informed or learning of the existence of such a relationship, Viacom will take steps that it deems appropriate to protect the workplace environment.

### WHAT TO DO IF YOU HAVE A COMPLAINT

If you believe you have been subjected to conduct which you believe violates this policy, or if you are aware that such conduct is occurring, please refer to the Employee and Director Reporting Procedures described below in the section titled "Implementation of the Viacom Business Conduct Statement." Viacom investigates all complaints about conduct that violates this harassment-free workplace environment policy and will not tolerate retaliation against any person who makes a good faith report of misconduct.

 

# INTERNATIONAL BUSINESS

All employees and directors are expected to comply with laws of the country in which they operate as well as United States statutes and Viacom policies governing business activities abroad.

### FOREIGN CORRUPT PRACTICES ACT
Directors, employees and their respective agents and representatives are prohibited (except as set forth below) from making any payment or offer of payment to any foreign official to induce that official to affect any government act or decision or to assist us in obtaining or retaining business. Viacom policy prohibits bribes, payments, or gifts to any employee or agent of a foreign government. This policy extends to indirect payments made through agents and includes the use of personal funds.

There are certain very limited circumstances under which payments to foreign officials, political party officials and candidates for political office are permitted by law. In countries where United States-based companies or foreign nationals are permitted to make political contributions, the term "political contributions" may include payments for fundraising dinners, the contribution of employee services, allowance of additional paid vacation time for employees who volunteer their services for a political candidate, and other similar events and activities as well as actual contributions to political parties or candidates. *In all circumstances, no Viacom funds, assets, services or facilities of any kind may be contributed to any foreign official, political party official or candidate for office, whether directly or through an intermediary, without advance approval from the Senior Vice President, Government Affairs, one of your Company's lawyers or a Viacom Inc. lawyer if you are an employee, and Viacom Inc.'s Corporate Secretary if you are a director.*

Once again, remember that no payments or provision of other benefits from assets of Viacom are to be made or offered, directly or indirectly, to any domestic or foreign government, official, employee, candidate or agent, for the purpose of influencing, or because of, any official act.

The law also requires that Viacom's books and records accurately report all payments made by or on behalf of Viacom.



PAGE 18 | VIACOM BUSINESS CONDUCT STATEMENT

**ANTIBOYCOTT LAWS**

U.S. antiboycott laws are designed to prevent businesses from cooperating with unsanctioned foreign boycotts of countries friendly to the United States, such as the boycott of Israel by certain Arab countries. In general, the anti-boycott laws and regulations prohibit any cooperation with a foreign boycott, including, for example, by way of (i) refusal to do business with another person; (ii) discriminatory employment practices; (iii) furnishing information on the race, religion, sex or national origin of any U.S. person; (iv) furnishing information concerning any person's affiliations or business relationships with a boycotted country or any person believed to be restricted from doing business in the boycotting countries; or (v) utilizing letters of credit containing boycott provisions. You must report any boycott request immediately to your Company's lawyers if you are an employee and Viacom Inc.'s Corporate Secretary if you are a director.

**U.S. EMBARGOES**

At the time this was printed, trade restrictions were in effect with respect to the Balkans, Cuba, Iran, Libya, Myanmar (formerly Burma), North Korea, Sudan, Syria and Zimbabwe, and, under some circumstances, with Iraq. The prohibitions and restrictions imposed under these regulations affect exports, imports, travel, currency transactions, assets and accounts. You should review any proposed activity with respect to any of these countries with your Company's lawyers in advance. In addition, since the

list of countries subject to these restrictions changes from time to time you should be sensitive to the possib[...] that other countries hostile to the Uni[...] States are subject to trade restriction[...] You should consult with your Compan[...] lawyers before initiating activity with such countries. This rule applies equa[...] to foreign subsidiaries of Viacom, whi[...] may be prohibited from doing busine[...] with certain countries (including companies based there) even though their competitors are not. For exampl[...] no Viacom Company may do busines[...] with Cuba.

**COMPETITION LAWS**

Many nations and the European Community have enacted competition laws that are similar to U.S. antitrust laws and prohibit certain anticompetit[...] activity such as price fixing and alloca[...] of markets. Accordingly, if you are an employee, you should consult your Company's lawyers and if you are a director you should consult Viacom In[...] Corporate Secretary in advance when a question arises concerning the application in other jurisdictions of th[...] policies and guidelines set forth in this Statement.

# FAIR DEALING AND COMPETITION

Viacom seeks to excel and outperform its competition honestly and fairly. Viacom seeks competitive advantages through superior performance, not from illegal or unethical business practices.

The purpose of the antitrust and trade practice laws is to preserve a competitive economy in which free enterprise can flourish. Viacom is committed to this principle and to full compliance with these laws in each jurisdiction within which it operates. Indeed, it has thrived as a vigorous competitor. The provisions of this Statement concerning antitrust, trade practices and competition are not intended to serve as a complete and definitive statement of all aspects of the antitrust or trade practice laws or to lay down "bright line" rules. Rather, these provisions are intended to acquaint you with those areas involving antitrust risk so that you will be alert and better positioned to obtain legal advice on a "before the fact" basis. Federal, state and international antitrust laws are complex, and no summary can address every issue or situation that might arise. Violation of these laws may result in severe penalties, including criminal penalties for Viacom or any individual involved in the violation. You should consult your Company's lawyers whenever a question arises concerning antitrust laws or the subjects discussed below.

## RELATIONS WITH COMPETITORS

### PRICE FIXING

Viacom's policy requires that all of its prices be determined independently in light of costs, market conditions and competitive factors. Any agreement, written or unwritten, explicit or tacit, formal or informal, between competitors to fix, raise, peg, stabilize or even lower prices, or to eliminate or reduce price competition, is *per se* unlawful. "*Per se*" means that the agreement is illegal regardless of any possible justification or excuse. Whether the agreement was "reasonable" or had the effect of lowering rather than raising prices is irrelevant; if competitors reached such an agreement, it is unlawful. Even an informal understanding or an unspoken mutual expectation that two competitors will achieve a common purpose may be found to constitute an illegal agreement. You should never obtain a price list from competitors, nor should you ever send a price list to a competitor.

These rules apply not only to Viacom as a seller but also to its transactions as a buyer competing to purchase goods and services.

### ALLOCATION OF MARKETS

It is against Viacom policy to have any agreement or understanding with a competitor to allocate or divide up customers, groups of customers or lines of business or products or geographic areas for which Viacom and a competitor may compete. Such an agreement is *per se* unlawful. As with price fixing, even an informal, tacit or unwritten understanding may be found to constitute an illegal agreement.



**TRADE ASSOCIATIONS**

Viacom Inc. and its Companies are members of numerous trade associations. Trade associations can serve many appropriate purposes. Our participation in such associations may involve meetings with competitors. If you participate in trade association meetings or other activities on behalf of Viacom or your Company, you must be very careful to avoid even the appearance of reaching or seeking an agreement as to prices, the allocation of customers or markets or the refusal to deal with any party, including by sharing non-public price or market information, whether as part of "official" trade association meetings or in less formal discussions that may occur in conjunction with trade association activities. Agreements with competitors on standards, ratings, content or business practices such as piracy enforcement may raise difficult questions under antitrust law and should be discussed with your Company's lawyers. If you have any doubt about whether the conduct at a trade association meeting (or any other meeting with competitors) is proper, you should announce your departure to make sure that your departure is noted, leave the discussion promptly and consult your Company's lawyers. If you are interested in joining a trade association of which Viacom is not already a member, you must first obtain approval from a Compliance Officer.

**RELATIONS WITH CUSTOMERS AND SUPPLIERS**

**SELECTION OF CUSTOMERS AND SUPPLIERS**

As a general rule under competition law, your Company has the right to select its customers or suppliers unilaterally. As long as your Company is acting alone, it may refuse to deal with or terminate its relations with customers for legitimate business reasons, such as the refusal of the customer to conform to reasonable standards of performance, misuse or misrepresentation of your Company's products, poor credit and the like. Such action should be explainable and justifiable in terms of your Company's legitimate interests.

Any understanding or agreement with competitors, other customers or other suppliers, however, to refrain from doing business with a current or prospective competitor, customer or supplier or to set the terms upon which Viacom will do business with them is against Viacom's policy and may be unlawful.

Because any refusal to do business with an organization, whether initially or by termination of an existing relationship, often carries with it the possibility of litigation, you should consult your Company's lawyers in advance on such matters.

 

**LONG-TERM AGREEMENTS, EXCLUSIVE ARRANGEMENTS AND "MFNs"**
Long-term agreements, including those with exclusivity provisions, often are efficient and pro-competitive arrangements. To minimize antitrust risk, however, you should consult your Company's lawyers before entering into any long-term affiliation, distribution or supply agreement (other than a simple, short-term agreement on a previously approved form for the purchase or sale of goods or services) that differs in any material respect from one previously approved. You also should consult your Company's lawyers before entering into any exclusive arrangements or agreements providing that your Company will provide a purchaser's or licensor's entire requirements for a product, will purchase or license its entire requirements from a single supplier or will supply its entire output in a region to a single customer or distributor. Most favored nations provisions (MFNs), whether in your Company's favor or in favor of your Company's supplier or customer, also raise questions that should be discussed with your Company's lawyers.

**RESALE PRICES**
It is permissible to suggest resale prices to customers. However, it is against Viacom policy and may be unlawful to have any understanding or agreement concerning the actual resale prices to be charged by our customers. It is up to the customer, using its independent business judgment, to decide whether to follow our suggestions. It is generally against our policy, and may be unlawful, to condition further dealings with the customer on adherence to our

suggestions or otherwise to coerce the customer in this regard. This policy applies to maximum as well as minimum prices and to discounts, allowances and other aspects of the customer's pricing strategy.

**NON-PRICE RESTRICTIONS**
Appropriate limitations on customers that are not related to prices, such as clauses that restrict the trans-shipment of products or limit the territory in which a product may be resold or the types of customers to which a product can be resold, such as location clauses, may be permissible in agreements with customers or suppliers (but not with competitors). However, before you impose any such limitation, you should consult your Company's lawyers. Similarly, you should consult your Company's lawyers before imposing any restrictions on the handling of competitive merchandise by a customer.

**"TYING" ARRANGEMENTS**
"Tying" arrangements, the practice of requiring a customer to purchase or license a product in order to obtain another product, "bundling" arrangements, the practice of offering an array of products or services at an advantageous price, and "full line forcing" or output arrangements, the practice of requiring a customer to buy or license a full line of programming or products or none at all, may raise important legal issues. These rules are particularly complicated in connection with licensing intellectual property. Many bundles are permitted,



PAGE 22 | VIACOM BUSINESS CONDUCT STATEMENT.

but the legal analysis may turn on whether we have market power in a market, the impact on competition or other factors. You should consult your Company's lawyers before making any sale or license that suggests the possibility of a tying, bundling or full line forcing arrangement or demanding that a customer or licensee deal only with respect to a bundle.

### PRICE DISCRIMINATION AND PROMOTIONAL ALLOWANCES
A seller of goods (not services) is prohibited from discriminating in price between two or more competing purchasers of the same goods, where the effect of such discrimination is to injure competition. The provision of more favorable promotional services or allowances to select customers where the effect is to injure competition is also prohibited. Buyers are prohibited from inducing unlawful price discrimination as well.

These prohibitions generally do not apply to licenses of intellectual property apart from the sale of goods, but may apply in certain cases.

This area of the law is particularly complex, and you should review all new pricing plans and decisions to offer discounts for goods with your Company's lawyers.

### INTERNATIONAL COMPETITION LAW
Viacom competes vigorously and fairly on a worldwide basis. Many countries, including those in the European Union, Canada, Australia and other developed economies, have enacted competition laws similar to United States antitrust laws, especially those prohibiting agreements among competitors to fix prices, rig bids or allocate customers or markets. United States law may also apply to conduct occurring outside the United States. Importantly, some jurisdictions impose greater restrictions than United States law as to the manner in which you can deal with customers and suppliers. Accordingly, you should consult with your Company's counsel in advance whenever questions arise concerning the application of the policies and guidelines outlined in this Statement outside the United States.



# PROTECTION AND PROPER USE OF VIACOM ASSETS; ELECTRONIC COMMUNICATION

All employees and directors should endeavor to protect Viacom's assets and ensure their efficient use. Theft, carelessness and waste have a direct impact on Viacom's profitability. Any suspected incident of fraud or theft should be immediately reported for investigation.

We expect you to use reasonable judgment and discretion when using Viacom assets (including systems, files, books and records). You should not transact any significant personal business on Viacom premises, on Viacom time or using Viacom equipment or personnel (whether on staff or otherwise). Viacom work facilities, property and supplies, including its computer systems and the files maintained and used by such electronic systems (e.g., electronic mail system, voicemail and computer files) regardless of password protection, telephones, photocopying facilities, mailroom, stationery, trademarks and logos, all are Viacom property and are provided to you for the performance of your duties for Viacom. You must immediately return all Viacom property (including property issued for home use) to Viacom upon request or termination of your employment.

We expect you to use Viacom's electronic systems for proper business purposes. For example, you should never send an e-mail if you would not put the same words in a letter or memo or would not want them to be viewed as part of a lawsuit or investigation and you should never use e-mail (or other electronic communications) to distribute offensive, vulgar, or pornographic material. We understand that some personal use of Viacom's electronic systems may be inevitable. We expect you to keep such use to a reasonable minimum. You should bear in mind that even personal data on Viacom systems is subject to these policies.

Our systems may not be used to send or forward content that violates our anti-discrimination or anti-harassment policies or for any purpose that is misleading, dishonest or otherwise improper. While it is impossible to specify every potentially improper use of Viacom's electronic systems, examples would include sending an e-mail that appears to be from a person other than yourself or which masks the true identity of the sender or accessing electronic files other than your own or those directly related to your work, even if you have password access to additional files.



E-mail and voicemail are not private communications. While Viacom does not intend to routinely monitor the contents of e-mail or voicemail messages, Viacom does reserve the right to have authorized persons inspect or review any data in its systems (including computer, e-mail and voicemail systems), all mail sent to or from Viacom business addresses, and all Viacom offices, furniture, fixtures, files, or other property. Accordingly, you should not use the e-mail or voicemail system for any communication you expect to remain private or personal. Likewise, you should not regularly have personal mail or packages sent to you at your work address.

Further, we expect you to comply with the terms of the Viacom Computerized Sensitive Personal Information Policy and the Viacom Electronic Systems Policy, both of which are available from your Human Resources representative.



# RESPECT FOR INTELLECTUAL PROPERTY RIGHTS

As a company with very significant intellectual property assets, Viacom is particularly aware of its obligations to respect the intellectual property rights of others even as it vigorously defends its own rights. In particular, we expect you to respect the copyright laws and we will take a very serious view of any use of Viacom assets to infringe copyrights. You are not permitted to use Viacom assets to duplicate or distribute copyrighted materials unless authorized by law or the copyright owner. Because of the prevalence of unauthorized and unprotected copyrighted material on peer-to-peer sharing services, you may not use Viacom computers for access to such sites or to access any other site that promotes or facilitates the unauthorized distribution of copyrighted materials such as music, movies, television programming and books. Similarly, you may not use Viacom systems to upload, download, stream, e-mail or otherwise distribute copyrighted songs, movies, television shows, books or other copyrighted materials, unless Viacom has the express right to do so.

You may not use unlicensed software on any Viacom system or hardware device and you may not copy any software without authorization by your Company's Information Systems and Technology department.

VIACOM BUSINESS CONDUCT STATEMENT | PAGE 25

# CORPORATE COMMUNICATIONS

Viacom maintains constructive contact with the financial, trade and general news media. Because of the prominent profile of Viacom, it is vitally important that you strictly observe the following procedures:

TALKING TO MEMBERS OF THE MEDIA

Unless you have been officially designated as a spokesperson, you may not comment or provide documents or information to members of the news media on matters pertaining to Viacom's or your Company's business or any other internal matter. This applies to all media contacts, whether "on the record," "off the record," unattributed, anonymous or "background" contacts.

You must immediately report all inquiries from journalists about Viacom's business to your Company's Corporate Communications department before any response is made to the inquiry. It is important also to advise any outside consultants, law firms or other third parties who are working under your supervision that they are not authorized to comment on any Viacom matter and that they should report any press inquiries to you or to your Company's Corporate Communications department.
You should also contact your Company's Corporate Communications department immediately if you become aware of a circumstance involving Viacom that is likely to receive unusual attention from the news media, such as a lawsuit involving Viacom or a highly controversial programming issue.

ISSUING NEWS RELEASES

Issuing news releases or written statements about Viacom's business to the news media is a function handled exclusively by Viacom's Corporate Communications departments. All news announcements of material transactions, agreements, senior executive appointments, new ventures and other extraordinary business developments must be submitted to your Company's Corporate Communications department for prior approval if you are an employee (and Viacom Inc.'s Corporate Secretary if you are a director). Where practicable, the applicable Corporate Communications department should be notified at least 24 hours in advance.

DEALING WITH THE MEDIA ON NON-VIACOM BUSINESS

You should discuss with your Company's Corporate Communications department if you are an employee (and Viacom Inc.'s Corporate Secretary if you are a director) any planned contact with the news media on non-Viacom business where your relationship to Viacom may be referenced in the resulting coverage.



**SPEECHES AND PRESENTATIONS**
You should advise your Company's Corporate Communications department (or other person designated by your Company for this purpose) if you are an employee (and Viacom Inc.'s Corporate Secretary if you are a director) prior to accepting an invitation to make a speech or presentation or appear on a panel on behalf of Viacom or your Company.

When speaking in public or at industry forums, you should be careful to distinguish your personal views from positions of Viacom or your Company. You may not make any comment that could reveal confidential information or, in any context in which you may be considered to be speaking on behalf of Viacom or your Company, any inappropriate or offensive remark.

Presentations must not include financial information of Viacom, your Company or their businesses unless such financial information is previously reviewed and approved by the finance and accounting departments and the General Counsel of Viacom or your Company, as applicable.

**PHILANTHROPY**
As a concerned corporate citizen, Viacom is committed to supporting worthy organizations in its communities and its industries. In order to coordinate Viacom's involvement with and contributions to charitable organizations, if you are an employee, you should consult with your Company's Corporate Communications department prior to accepting an invitation to be honored and/or taking a leadership position at a charitable event. In addition,

you must clear in advance all business-related charitable contributions, including in-kind donations of Viacom's resources. Such clearance should be obtained from your Company's Corporate Communications department if you are an employee (or Viacom Inc.'s Corporate Secretary if you are a director).

*As to any of the policies in this section, if your Company does not have a Corporate Communications department, you should contact your supervisor for guidance.*

VIACOM BUSINESS CONDUCT STATEMENT | PAGE 27



# HEALTH, SAFETY AND THE ENVIRONMENT

The health and safety of our employees, directors and of the public is of utmost importance. Therefore, Viacom places a strong emphasis on compliance with all applicable health, safety, and environmental laws and regulations. You should be diligent to plan and conduct all your activities in a safe and environmentally sound manner. Failure to adhere to Viacom's policies and procedures in these areas can have serious consequences for you, for Viacom and for the safety of others, as well as the communities in which we operate and live.

The direct threat of unsafe working conditions to individual employees is obvious, and Viacom has developed guidelines to promote health and safety. These guidelines are available through your Human Resources representative if you are an employee or Viacom Inc.'s Corporate Secretary if you are a director.

You are expected to use all equipment in an appropriate and safe way. For example, cell phones should be used only with hands-free devices when driving and, even then, only when safety is not compromised. No hazardous equipment, including automobiles, should be used while under the influence of alcohol or any drug.

We expect you to make every effort to prevent environmental incidents and to respond promptly and effectively to any that do occur despite our best efforts. Viacom, including its individual employees, directors and officers, may be liable for the costs of cleaning up pollution, as well as significant civil or criminal penalties resulting from violations of federal or state environmental regulations.

You should report any concerns you have related to environmental, health or safety matters to your supervisor or to a Compliance Officer. In particular, you should report any unpermitted environmental releases, accidents, or unsafe practices you witness or of which you become aware.

# POLITICAL CONTRIBUTIONS AND PAYMENTS

Federal law and Viacom policy prohibit the contribution of Viacom funds, assets, services or facilities to or on behalf of a federal political party, candidate or political action committee ("PAC"). Viacom policy also significantly restricts contributions to foreign political parties and candidates. Federal campaign contributions may be made by the Viacom PAC. Contributions to state and local candidates, political parties and PAC's are controlled by individual state and local law. Your Company's Compliance Officer or General Counsel must approve in advance any state or local contributions including any PAC contributions.

Viacom will not compensate or reimburse employees or directors, in any form, for a political contribution that such persons intend to make or have made. The Senior Vice President, Government Affairs must approve any solicitation of our employees or directors for a trade association PAC or other PAC.

Our policy is not intended to discourage or prohibit our employees or directors from voluntarily making personal political contributions, from participating in the political process on their own time and at their own expense, from expressing their personal views on legislative or political matters, or from otherwise engaging in political activities.

Provision of any business courtesy, gift or payment to any government or political party official, employee, candidate or agent, whether in the United States or in a foreign country, and whether made directly or through an intermediary, must be approved by the Senior Vice President, Government Affairs or your Company's lawyers in advance.

No payments or provision of other benefits from assets of Viacom are to be made or offered, directly or indirectly, to any domestic or foreign government, official, employee, candidate or agent, for the purpose of influencing, or because of, any official act. You should be sure that your Company notifies Viacom's Office of Government Affairs if an issue arises that is likely to generate political concerns.



# IMPLEMENTATION OF THE VIACOM BUSINESS CONDUCT STATEMENT

## COMPLIANCE OFFICERS

At the direction of the Viacom Board of Directors, Michael D. Fricklas, Viacom Inc.'s Executive Vice President, General Counsel, Mark C. Morril, Viacom Inc.'s Vice President, Deputy General Counsel, and Henry T.A. Moniz, Chair of the Viacom Compliance Committee, serve as Viacom's Compliance Officers. In addition, the General Counsel of your Company serves as a Unit Compliance Officer. A list of all Unit Compliance Officers is available from your Human Resources representative. For purposes of implementing this Statement, all Unit Compliance Officers report to Viacom's Compliance Officers, who report for this purpose directly to the Audit Committee of the Board of Directors.

The Compliance Officers are responsible for:

《ensuring that the Statement is communicated to all employees and directors;

《periodically reviewing Viacom's operations to ensure compliance with the Statement;

《periodically reviewing and updating the Statement;

《ensuring that our employees and directors obtain timely guidance and any necessary educational or training programs on the Statement;

《investigating violations or suspected violations of the Statement; and

《determining necessary responsive actions, including disciplinary actions, in the event of Statement violations.

Viacom's officers, Human Resources staff and lawyers (including those in the operating units) may carry out some of these functions on behalf of, or provide support to, the Compliance Officers.

## GUIDANCE REGARDING THIS STATEMENT

You should direct any questions concerning this Statement or questions of interpretation or application of this Statement to your supervisor, your Human Resources representative, a Compliance Officer or a lawyer in your Company's law department if you are an employee or to Viacom Inc.'s General Counsel if you are a director.

...TING VIOLATIONS

...ou have experienced any conduct
...believe violates any policy in this
...ement or if you know of a violation
...ossible violation of a policy in this
...ement or any other policy or applicable
...rule or regulation, you are required
...port such information promptly
...g the reporting procedures
...ribed below. Your failure to
...hese procedures could affect
...egal rights.

...reporting and intervention are
...ost effective methods of resolving
...or perceived violations of the
...es in this Statement. Therefore,
...a fixed reporting period has not
...stablished, we strongly urge you to
...complaints or concerns as soon as
...ble so that rapid and constructive
... can be taken as appropriate.

...re an attorney for Viacom, you
...d also consider whether you have
...ditional reporting obligations under
...n 307 of the Sarbanes-Oxley Act.
...y obtain guidance on these
...ons from any of the
...ance Officers.

...REPORTING PROCEDURES
...TING VIOLATIONS OF
...ENT POLICIES
...ake reports of violations of
...olicies very seriously. We have
...ed the following employee
...g procedures to offer employees
...us paths by which to report
... that violates our policies:

...are comfortable speaking to
...mediate supervisor, and your

immediate supervisor is not involved in
the impropriety, then schedule a private
meeting to discuss your concerns.

2. If 1 does not apply, and your department
head is not involved in the impropriety,
then schedule a private meeting with
your department head.

3. If 2 does not apply, and your Human
Resources representative is not involved
in the impropriety you should contact
your Human Resources representative.

4. If you would rather not contact any
of these people and your Company's
General Counsel is not involved in the
impropriety, then you should contact
your Company's General Counsel, who
serves as one of the Unit Compliance
Officers.

5. If you prefer not to involve your
Company's General Counsel, you may
also report to one of the Viacom
Compliance Officers listed above,
through either of the following methods:

《 call OpenLine the compliance
telephone line at (212) 846-9060 and
follow the instructions provided in order
to leave a message.*

《 send an e-mail from any location to:
OpenLine@viacom.com

6. If you would rather not contact any of
these people, then you may make a
report directly to the Audit Committee of
the Board of Directors by sending your
message to the following mailbox:

...contact phone numbers and a listing of Viacom's intranet sites see laminated insert.



PAGE 32 | VIACOM BUSINESS CONDUCT STATEMENT

auditcommittee@viacom.com. While you are free to contact the Audit Committee in accordance with these procedures to report any concern, we prefer that you use this channel only in those instances where financial impropriety involving senior Viacom management is involved. In all other instances, please attempt to utilize the other reporting channels described in this Section first.

We prefer that you give your name and other pertinent information when making a report because it makes the investigation and resolution of the violations you are reporting more effective and efficient. However, you may also make a report anonymously if you prefer. If reporting anonymously, you should give a sufficiently detailed description of the factual basis for the allegations to allow an appropriate investigation.

You may make a report anonymously by (a) leaving a message that does not include your name on the Compliance Telephone Line, (b) writing a letter that does not include your name to a Compliance Officer, (c) using a computer that will not display your identity to send an e-mail to OpenLine@viacom.com or (d) by logging into the Viacom Inc. Crossroads intranet site (or other Company intranet sites) and following the instructions under "Statement of Business Conduct," "Compliance" or "Audit Committee."

DIRECTOR REPORTING PROCEDURE
Directors should contact either the Chair of Viacom Inc.'s Audit Committee or the Chair of Viacom Inc.'s Corporate Governance Committee for all reports.

INVESTIGATIONS
Viacom will promptly and thoroughly investigate any allegations of conduct that violates the policies in this Statement. We may choose to interview the parties involved and other individuals who may have related facts. You may not conduct your own investigation either before or after making a report.

We will make reasonable efforts to maintain confidentiality throughout the investigation process, to the extent reasonable, practical and consistent with our obligations and the need to investigate and take appropriate corrective action.

You, of course, must respond truthfully and promptly to all inquiries made by Compliance Officers and compliance support personnel and disclose any information that may be pertinent. Withholding pertinent information or attempting to mislead or misdirect any investigation may result in disciplinary action up to and including termination. Moreover, if you have reason to believe that a violation has been committed, or that an investigation by either Viacom or a governmental agency is under way, you must retain all potentially relevant documents (including computer discs, computer tapes, hard drives, audio tapes, e-mails, voicemails, etc.). If you have any doubt about the propriety of destroying a document in this or any other context, you should consult a Compliance Officer in advance.

If you have reason to believe that other individuals have unlawfully destroyed or falsified, or are considering destroying or falsifying, documents that might be relevant to an investigation or any other legal matter, you must consult a Compliance Officer immediately.

RETALIATION

You will not be retaliated against because of a good faith report or because you cooperate with an ongoing investigation of a suspected violation. Any such retaliation would be a separate violation of this Statement. Retaliation includes discharging, demoting, suspending, harassing, or in any manner discriminating against any employee in the terms and conditions of employment based upon any lawful actions of such employee with respect to good faith reporting of complaints. Please note, however, that you may not submit a bad faith or false report. Any abuse, such as raising a malicious allegation, or one you know to be unfounded, will be dealt with as a disciplinary matter.

APPEALS

If you have made a report about improper conduct which affects you personally and you have included your name while reporting, a representative from your Company will consult with you as and where appropriate at the conclusion of the investigation. If you disagree with the outcome in a situation in which you are directly involved, you may appeal to the head of your Company's Human Resources department or the General Counsel of your Company. If you still disagree with the outcome after that appeal, you may appeal further to Viacom Inc.'s Senior Vice President of Human Resources or Viacom Inc.'s General Counsel.

WAIVER AND DISCLOSURE

This Statement can be found on Viacom Inc.'s public website at http://www.viacom.com (as well as on the Viacom Crossroads intranet site and other Company intranet sites). From time to time, Viacom may waive certain provisions of this Statement. Any employee who believes that a waiver may be called for should discuss the matter with his or her Human Resources representative, a Compliance Officer or a lawyer in his or her Company's Law department. Directors should consult Viacom's Corporate Secretary. Ultimately, any waiver of this Statement for an employee must be granted by a Compliance Officer. Only the Board of Directors or a committee thereof may grant a waiver for certain designated executive officers or any director and any such waiver will be disclosed to Viacom's stockholders within the time period required by law.

DISCIPLINARY ACTIONS

Viacom may take disciplinary action, up to and including termination or suspension without pay, against any employee or director who violates a policy contained in this Statement. For example, Viacom may discipline:

《 any employee or director who authorizes or participates directly or indirectly in actions which are a violation;

《 any employee or director who withholds information concerning violations, who refuses or fails to cooperate in an investigation, or who willfully misleads an investigation;



《 the supervisor(s) of any violator, to the extent that the circumstances of the violation reflect inadequate supervision or lack of diligence; or

《 any employee or director who attempts to retaliate, directly or indirectly, or encourages others to do so, against an individual who in good faith reports a violation or suspected violation or against an individual who cooperates with an investigation of such violation.

IN CLOSING

Please remember that Viacom expects you to observe the spirit, as well as the letter, of its policies. You may not try to accomplish indirectly what the policies prohibit you to do directly. For example, you may not evade the policies by using personal funds or resources, rather than Viacom funds or resources, or by having family members or agents engage in conduct on your behalf if the policies would prohibit you from engaging in such conduct. Similarly, you cannot encourage, participate in or assist in conduct which would violate these policies.

Thank you for your help in making Viacom a responsible member of the corporate community and an ethical and safe place to work.



VIACOM BUSINESS CONDUCT STATEMENT | PAGE 35

# EMPLOYEE AND DIRECTOR CERTIFICATION

In order to promote an ethical and law-abiding environment, Viacom requires that, among other things, you complete and return this form to your Human Resources representative if you are an employee or Viacom Inc.'s Corporate Secretary if you are a director. At the bottom of this form (use additional pages if necessary) you must disclose any currently existing conflicts of interest or potential conflicts of interest required to be disclosed by this Statement. You must complete and return a new form any time circumstances arise such that your initial disclosures require updating.

CERTIFICATION:
I certify that I have received, carefully read and understood the Viacom Business Conduct Statement. I also certify, to the best of my knowledge, that I have fully complied with each of the policies in the Statement during the period January 1, 2002 through the date of this Certification and that I do not have anything to disclose under the Conflicts of Interest or other policies contained in the Statement, except for items I have previously disclosed in a form of this type and any exceptions listed below. I also certify that, to the best of my knowledge, all of my previous disclosures and certifications were complete and truthful at the time they were made. I agree to follow each of the policies in the Statement while I work for Viacom and to promptly disclose anything these policies require me to disclose.

Operating Company                    Date

Name (Please Print)                  Employee Work Telephone Number

Title

Signature                            Employee location

Exceptions and Conflict of Interest Disclosure (continue on additional pages if necessary):



PAGE 36 | VIACOM BUSINESS CONDUCT STATEMENT



