Plaintiff's Exhibit 3: Viacom Business Conduct Statement Employee Certifications

01/20/2006 13:02 FAX                                                                                              ☐004

**VIACOM**
**BUSINESS CONDUCT STATEMENT**
**EMPLOYEE CERTIFICATION**



In order to promote an ethical environment, Viacom requires that all employees complete and return this form. In many cases, simple disclosure is adequate to avoid an impermissible conflict of interest. Please note that all exceptions since your last certification of this type are to be listed, even if previously approved.

The word "Company" in this certification form refers to the business unit you work for, or Viacom if you work for Viacom's corporate offices. Each Viacom division has determined the amount that constitutes "minimal value" for purposes of the Conflict of Interest policy in the Statement. Please contact A.B. Cruz III, BET Vice President & Deputy General Counsel, at (202) 608-2085 or Quinton Bowman, BET Vice President, Human Resources, at (202) 608-2376 if you have a question about this or any other aspect of this certification form.

**Employee Certification:**
I certify that I have received, carefully read and understood the Viacom Business Conduct Statement and in particular the Conflicts of Interest policy at pages 1 and 2. I also certify, to the best of my knowledge, that I have fully complied with each of the policies in the Statement during the period January 1, 2000 through the date of this certification and that I do not have anything to disclose under the Conflicts of Interest or other policies, except for items I have previously disclosed in a form of this type and any exceptions listed below. I agree to follow each of the policies in the Statement while I work for the Company and to promptly disclose anything these policies require me to disclose.

Exceptions (continue on additional pages if necessary)

_____
_____
_____
_____
_____
_____
_____

Antoinette Woodland                                    BET
NAME (Please Print)                                    COMPANY

*Alum*                                                 10/06/03
SIGNATURE                                              DATE

                                                                        1 1/6/2003

01/20/2006 13:01 FAX                                                                                    ☒002

# Viacom Business Conduct Statement
## Confirmation of Receipt Form

This is to confirm that I have received and reviewed a copy of the 2004 Viacom Business Conduct Statement. It also confirms that I have received the Viacom Business Conduct Training.

_____          __11/30/04__
Signature                                                           Date

__Antinette Woodland__
Printed Name

## EMPLOYEE AND DIRECTOR CERTIFICATION

In order to promote an ethical and law-abiding environment, Viacom requires that among other things, you complete and return this form to your Human Resources representative if you are an employee or Viacom Inc.'s Corporate Secretary if you are a director. At the bottom of this form (use additional pages if necessary) you must disclose any currently existing conflicts of interest or potential conflicts of interest required to be disclosed by this Statement. You must complete and return a new form any time circumstances arise such that your initial disclosures require updating.

**Certification:**
I certify that I have received, carefully read and understood the Viacom Business Conduct Statement. I also certify, to the best of my knowledge, that I have fully complied with each of the policies in the Statement during the period January 1, 2003 through the date of this Certification and that I do not have anything to disclose under the Conflicts of Interest or other policies contained in the Statement, except for items I have previously disclosed in a form of this type and any exceptions listed below. I also certify that all of my previous disclosures and certifications were complete and truthful at the time they were made. I agree to follow each of the policies in the Statement while I work for the Company and to promptly disclose anything these policies require me to disclose.

BET Holdings, Inc.                                    11/30/2004
Operating Company                                     Date

Antoinette Woodland                                   (202) 608-2316
Name (Please Print)                                   Employee Work Telephone Number

Title
_[signature]_                                         Corporate - DC
Signature                                             Employee location

Exceptions and Conflict of Interest Disclosure (continue on additional pages if necessary):