Plaintiff's Exhibit 4: Plaintiff's Copy of E-mail from Tom Freston & Leslie Moonves to All of Defendant's Employees

**WOODLAND, ANTOINETTE**

From: BOWMAN, QUINTON
Sent: Thursday, April 14, 2005 12:40 PM
To: All BET
Subject: MESSAGE FROM TOM AND LESLIE

# VIACOM MEMO

TO: All Viacom Employees
FROM: Tom Freston and Leslie Moonves
DATE: April 14, 2005
RE: Business Compliance and Ethics Program Update

~~We at Viacom have always held ourselves to the highest standards of workplace behavior, and~~ together we have taken many steps over the last year to advance the Company's leadership in compliance best practices. Following are some highlights of these efforts:

The first important step was the Board's decision to create a global compliance function. **Henry T.A. Moniz** was appointed Associate General Counsel, Compliance, in February 2004 reporting to Mike Fricklas, and he has energetically and judiciously overseen the development of our compliance program, including managing the Compliance Committees discussed below and overseeing employee training efforts. He has been instrumental in clarifying for all of us the often gray areas of proper business conduct and ensuring we have the tools necessary to make educated decisions.

The second step in strengthening our compliance efforts was the development of the **Corporate Compliance Committee** to supervise and coordinate compliance policy and training programs throughout the Company. The Committee, chaired by Henry and comprised of senior staff from Law, Finance, Internal Audit, Human Resources, Corporate Relations, Information Technology and Government Affairs, has led the charge in ensuring the ongoing flow of worldwide compliance communications and providing access to Viacom's Office of Compliance through the Open Line numbers and e-mails.

To further enhance this flow of information, Henry has also formed **Divisional Compliance Committees** and a **Company-wide Compliance Council**. The Compliance Committees in each Viacom division are similar to the Corporate Compliance Committee, as these multifunctional teams identify the most pressing division-specific compliance issues. The Company-wide Compliance Council includes representatives from the Corporate and Divisional Committees and ensures that information is summarized for the updates that Henry and Mike Fricklas provide to the Board and its relevant committees.

The most recent developments have been the Company's hiring of another full-time compliance attorney, **Cheryl Brunetti**, and its partnership with **LRN**®, the leading provider of online legal, compliance and ethics training. This interactive Web-based training will roll-out

4/14/2005

by mid-2005 and is intended to help us all make sound business decisions.

We hope these important initiatives have provided and will continue to provide—whether as one company or two—helpful guidance on how to exercise the very best judgment in dealing with each other and with all our business relationships. We thank everyone for making Viacom a company that values honesty and ethics, and for helping us advance our shared commitment to the integrity of our business.

# # #

4/14/2005