Plaintiff's Exhibit 5: Affidavit of Antoinette Woodland

## AFFIDAVIT OF ANTOINETTE WOODLAND

NOW COMES Antoinette Woodland, who makes this statement and affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts, and things set forth are true and correct to the best of her knowledge:

1.  I am over 18 years of age.

2.  To my knowledge, Viacom acquired Black Entertainment Television in 2000. Very shortly after the acquisition, all BET associates were required to complete two forms: (1) a disclosure statement, which informed the Viacom of all outside business interest and (2) the Viacom employee handbook.

3.  On an annual basis, Human Resources conducts what they call "Human Resource Training." At that time all associates are required to renew their disclosure statements and sign the Viacom handbook as Viacom employees. Upon the signing of the documents, the originals are sent to Viacom and copies are placed in the associate's human resources file. Viacom also sent email to its employees regarding its business conduct statement.

4.  I was able to secure copies out of my personnel file of previously signed "Viacom Business Conduct Statement" that I signed as a Viacom employee.

5.  On June 25, 2004, a memo was sent to all Viacom employees notifying them of the "New Infinium Payroll System." This is an electronic system that Viacom uses to ensure greater reporting capability and improved data integrity from its BET enterprise.

Dated: ~~September 15, 2005~~
Upper Marlboro, Maryland

1/31/2006

Antoinette Woodland

Subscribed and sworn to me on the
31st day of January, 2006 by the affiant.

Matthew J. Walters
Notary Public

Expires    7/29/2009
For the State of Maryland