Plaintiff's Exhibit 6: Payroll Memorandum



| | |
|---|---|
| TO: | All Regular BET Employees |
| FROM: | Quinton Bowman<br>Vice President, Human Resources |
| DATE: | June 25, 2004 |
| RE: | New Infinium Payroll System |

On May 28, 2004, a memo announcing the July 1, 2004, conversion to the new Infinium Human Resources/Payroll system was included with your payroll check or pay stub. Again, the enhanced capabilities of this new system will enable BET to utilize new technologies such as the web employee benefit enrollment systems and provide BET with greater reporting capability and improved data integrity

### Details of the New Paperless Direct Deposit Earnings Statement

Starting with the July 9, 2004 pay, all regular BET employees who are paid via direct deposit will be able to access their Earnings Statement through a secure website in lieu of the traditional paper Earnings Statement. Employees who do not have direct deposit will continue to receive paper versions of their Earnings Statement with their bi-weekly check. Additionally, as we progress through the year, each Earnings Statement will be retained and be accessible to you at all times. For your convenience, you will be able to access Infinium either through the Intranet at work, or via the Internet away from work. Again, for your general convenience, we strongly recommend all employees authorize Direct Deposit for their BET pay. The forms to authorize Direct Deposit can be found in the HR Forms public folder.

### Web Addresses

If you are accessing the system via the Intranet at work, use the following web address:

https://employeedocs.viacom.com

If you are accessing the system via the Internet away from work, use the following web address:

https://employeedocsweb.viacom.com

1

### Logging On to the Direct Deposit System:

See the attachment which details the log-in procedures.

### Do I Need Any Special Software To Access This System?

In order to view the Earnings Statement, you must have the current edition of Acrobat Reader 6.0. If you do not currently have Acrobat Reader 6.0 on your computer, the process to download and install it is very simple. Please refer to the Adobe website below for installation instructions:

http://www.adobe.com/products/acrobat/readstep2.html

### When Should I Log Onto The System For the First Time?

You can perform the initial log-on procedures described above at anytime after July 1, 2004. If you log onto the system prior to July 1, 2004, the data in the system may be test data and may not reflect your actual calendar year 2004 payroll information.

If you have any questions about the new process, logon procedures, and/or Acrobat Reader 6.0, please contact Human Resources.

### A Word About Security

You may have questions about the security of your data. Let us assure you that this system has been designed with security as a top priority. In addition to normal BET computer system security features, a redundant document password feature is required to access the actual direct deposit Earnings Statement. Additionally, your pay data remains secure behind the Viacom and BET firewalls.

### Payroll Questions

For our initial roll-out of Infinium, we are providing a special payroll hotline and email address to answer your direct deposit and other payroll questions. The hotline number is (800) 944-3124. The email address is BETCheckQuestions@viacom.com. Please address your initial questions to these locations.