IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE WOODLAND<br><br>Plaintiff,<br><br>v.<br><br>VIACOM INC.,<br><br>Defendant. | Case No.: 1:05cv01611 |

RECEIVED JAN 17 2006 MORGAN LEWIS & BOCKIUS LLP

### PLAINTIFF ANTOINETTE WOODLAND
### FIRST REQUEST FOR ADMISSIONS

The following Request for Admissions are propounded to Defendant Viacom Inc., pursuant to Fed. R. Civ. P. 36 for purposes of discovery, or for use as evidence in this action, or both. You are required to answer and to admit or to deny each request fully and completely in writing and under oath within thirty (30) days after service of these Requests for Admissions upon you and to serve a copy of your answers upon counsel for Plaintiff.

### ADMISSIONS

1. Admit that the Plaintiff's performance with your company has been above average.

2. Admit that the Plaintiff was not informed of any concerns regarding her performance.

3. Admit that Defendant's employees attempted to have the Plaintiff fired despite her above average performance record.

4. Admit that the Plaintiff's job title and description was changed twice.

5. Admit that the Plaintiff's position as Senior Logistics Manager was advertised as open while the Plaintiff still held said position.

EXHIBIT 3

6. Admit that the Plaintiff's complaints resulted in an outside investigation into the statements made about and actions taken against the Plaintiff.

7. Admit that an outside investigation was conducted after two women complained about Ms. Gilmore.

                                          Respectfully submitted,

                                          Jimmy A. Bell, Esq.
                                          Law Office of Jimmy A. Bell, P.C.
                                          9610 Marlboro Pike
                                          Upper Marlboro, MD 20772
                                          (301) 599-7620 Home
                                          (301) 599-7623 Fax
                                          Counsel for Plaintiff
                                          Bar No. MD 14639

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_12\_\_ day of \_\_Jan\_\_\_\_ 2006, a copy of the foregoing First Request for Admissions was mailed, via first class mail, to:

Grace Speights
Ray E. Donahue
Morgan, Lewis & Bockius, L.L.P.
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541

_____
Jimmy A. Bell, Esq.