## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                    :
**ANTOINETTE WOODLAND,**                             :
                                                    :
        Plaintiff,                           :
                                                    :
v.                                                   :          Case No.: 1:05-cv-01611-PLF
                                                    :
**VIACOM, INC.,**                                    :
                                                    :
        Defendant.                          :
_____:

### JOINT MOTION TO STAY DISCOVERY PENDING
### RESOLUTION OF DEFENDANT'S RULE 19 MOTION TO DISMISS
### AND, IF DENIED, TO EXTEND DISCOVERY FOR NINETY DAYS

      Pursuant to Fed. R. Civ. P. 26 and 6(b), Plaintiff Antoinette Woodland and Defendant Viacom, Inc., through their undersigned attorneys, hereby move to stay discovery pending the resolution of Defendant's Rule 19 Motion to Dismiss.  Based on the parties' briefing of the Rule 19 Motion, and the possible resolution of the matter before this Court prior to the need for further discovery, the parties have delayed any further discovery pending the resolution of Defendant's Rule 19 Motion to Dismiss.

      The Court's November 17, 2005 Scheduling Order provides that "[d]iscovery shall be completed by April 14, 2006."  Based on the pending Rule 19 Motion to Dismiss, the parties jointly request that discovery be stayed pending the resolution of Defendant's Rule 19 Motion to Dismiss.  To the extent Defendant's Rule 19 Motion to Dismiss is denied, the parties also jointly request an additional 90 days from the date the motion is denied to complete discovery.

Respectfully submitted,

Date: April 7, 2006                    _____/s/_____
                                       Jimmy A. Bell, Esq. (Bar No. MD 14639)
                                       Law Office of Jimmy A. Bell, P.C.
                                       9610 Marlboro Pike
                                       Upper Marlboro, MD  20772
                                       (301) 599-7620
                                       (301) 599-7623 (Fax)
                                       jimbellesq@aol.com

                                       Counsel for Plaintiff Antoinette Woodland

Date: April 7, 2006                    _____/s/_____
                                       Grace E. Speights (D.C. Bar # 392091)
                                       Ray E. Donahue (D.C. Bar # 482930)
                                       Morgan, Lewis & Bockius LLP
                                       1111 Pennsylvania Avenue, N.W.
                                       Washington, D.C. 20004
                                       (202) 739-3000
                                       (202) 739-3001 (fax)

                                       Counsel for Defendant Viacom Inc.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
:
**ANTOINETTE WOODLAND,**                    :
:
Plaintiff,                                  :
:
v.                                          :        Case No.: 1:05-cv-01611-PLF
:
**VIACOM, INC.,**                           :
:
Defendant.                                  :
_____:

## [PROPOSED] ORDER

UPON CONSIDERATION of the parties' Joint Motion to Stay Discovery Pending

Resolution of Defendant's Rule 19 Motion to Dismiss, it this _____ day of _____, 2006

hereby ORDERED that:

Discovery shall be stayed pending resolution of Defendant's Rule 19 Motion to Dismiss;

and

To the extent Defendant's Rule 19 Motion to Dismiss is denied, the parties shall have 90

additional days from the date the motion is denied to complete discovery.

IT IS SO ORDERED.


Date: _____                        _____
                                            Paul L. Friedman
                                            United States District Judge


1-WA/2550341.2