IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINETTE WOODLAND** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05-cv-01611-PLF |
| | ) |
| **VIACOM INC.** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL
FOR DEFENDANT VIACOM INC.**

Please withdraw the appearance of the following counsel for Defendant Viacom Inc.:

Ray E. Donahue (D.C. Bar # 482930)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C, 20004
(202) 739-5204

Grace E. Speights remains lead counsel of record for Defendant Viacom, Inc.

Date: April 17, 2006                              Respectfully submitted,


                                                  /s/
                                                  Grace E. Speights (D.C. Bar # 392091)
                                                  Morgan, Lewis & Bockius LLP
                                                  1111 Pennsylvania Avenue, N.W.
                                                  Washington, D.C. 20004
                                                  (202) 739-5189

                                                  Lead Attorney for Defendant Viacom Inc.