**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| ANTOINETTE WOODLAND | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-01611 (PLF) |
| | ) | |
| VIACOM INC., | ) | |
| Defendant. | ) | |
| | ) | |
| _____) | | |

**DEFENDANT VIACOM INC.'S**
**MOTION TO COMPEL PLAINTIFF'S RESPONSES**
**TO DEFENDANT'S DISCOVERY REQUESTS**

Pursuant to Federal Rule of Civil Procedure 37(a), Defendant Viacom Inc., by and

through its undersigned counsel, hereby moves to compel Plaintiff's responses to Defendant's

interrogatories and requests for production. Plaintiff's discovery responses were due on April

18, 2007. Defendant requests that the Court order Plaintiff to respond immediately to

Defendant's discovery requests and to award Defendant reasonable expenses, including

attorney's fees, incurred in bringing this motion.

Dated this 1st day of May, 2007.           Respectfully submitted,


                                  _____/s/_____
                                  Grace E. Speights (D.C. Bar No. 392091)
                                  John S. Ferrer (D.C. Bar No. 489679)
                                  Morgan, Lewis & Bockius LLP
                                  1111 Pennsylvania Ave., N.W.
                                  Washington, D.C.  20004
                                  (202) 739-3000
                                  (202) 739-3001  (Fax)
                                  *Attorneys for Defendant Viacom Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                      )
ANTOINETTE WOODLAND                   )
         Plaintiff,                              )
                                                      )
v.                                                    )          Case No. 1:05-cv-01611 (PLF)
                                                      )
VIACOM INC.,                                    )
         Defendant.                        )
                                                      )
_____)

**DEFENDANT'S MEMORANDUM OF POINT AND AUTHORITIES IN
SUPPORT OF ITS MOTION TO COMPEL
PLAINTIFF'S RESPONSES TO DEFENDANT'S DISCOVERY REQUESTS**

Pursuant to Federal Rules of Civil Procedure 37(a), Defendant Viacom Inc. ("Viacom")

submits this memorandum in support of its motion to compel Plaintiff's discovery responses.

**I.      RELEVANT FACTS AND ARGUMENT**

On August 12, 2005, Plaintiff filed a Complaint against Defendant Viacom alleging

discrimination in violation of the District of Columbia Human Rights Act ("DCHRA"), D.C.

Code § 2-1401. *See* Compl.¶ 86.  On March 16, 2007, Defendant propounded interrogatories

and requests for production of documents upon Plaintiff pursuant to Rules 33 and 34. *See*

Defendant Viacom Inc.'s First Set of Interrogatories and Defendant Viacom Inc.'s First Set of

Document Requests, attached hereto as Exhibits A and B (hereafter the "Discovery Requests").

Plaintiff's responses to the Discovery Requests were due on April 18, 2007.  Plaintiff's

deposition has been noticed for May 9, 2007 and discovery currently closes on May 11, 2007.

On April 20, 2007, Defendant's counsel, John S. Ferrer, contacted Plaintiff's counsel,

Jimmy A. Bell, by e-mail to notify him that he had not received Plaintiff's responses to the

Discovery Requests.  *See* April 20, 2007 e-mail to Plaintiff's counsel ("April 20, 2007 e-mail"),

attached hereto as Exhibit C.  Plaintiff's counsel did not contact Defendant's counsel regarding

this matter and no responses, draft or final, were forthcoming.

On April 26, 2007, Defendant's counsel contacted the Court regarding Plaintiff's failure

to respond to Defendant's Discovery Requests.  On the same date, Defendant's counsel

attempted to contact Plaintiff's counsel by phone.  Defendant's counsel received a voice message

indicating that Mr. Bell's office was closed, but that it would reopen the following day, April 27,

2007.  Defendant's counsel left Mr. Bell a voice message indicating that he had contacted the

Court regarding this issue and asking that Mr. Bell return his call.  Plaintiff's counsel has not

returned Defendant's counsel's call.

Also, on April 26, 2007, Defendant's counsel informed Plaintiff's counsel via e-mail that

he had notified the Court about Plaintiff's failure to respond to Defendant's Discovery Requests

and requested that Plaintiff's counsel contact him.  Defendant's counsel put Plaintiff's counsel

on notice that if Defendant's counsel did not hear back from Plaintiff's counsel by 11:00 a.m. on

April 27, 2007, Defendant's counsel would request that the Court schedule a conference call to

discuss this matter.  *See* April 26, 2007 e-mail to Plaintiff's counsel ("April 26, 2007 e-mail"),

attached hereto as Exhibit D.  In addition, in an April 26, 2007 letter to Plaintiff's counsel

regarding Defendant's Notice of Deposition of Plaintiff, Defendant's counsel requested

Plaintiff's immediate response to Defendant's Discovery Requests.  *See* April 26, 2007 letter to

Plaintiff's counsel ("April 26, 2007 letter"), attached hereto as Exhibit E.  Again, Defendant's

counsel did not hear from Plaintiff's counsel, and Defendant did not receive draft or final

responses to the Discovery Requests.

On April 27, 2007, Defendant's counsel again contacted the Court regarding this matter.

The Court gave Defendant's counsel permission to file this Motion to Compel.

As of the writing of this motion, Defendant has not received responses to the Discovery Requests. The responses were due on April 18 and are substantially overdue. Plaintiff has not sought or received permission from the Court to serve the responses late, and Plaintiff's failure to provide the responses in a timely manner has interfered with Defendant's ability to conduct additional discovery and to prepare for Plaintiff's deposition, which is currently noticed for May 9, 2007. Moreover, Plaintiff's counsel has offered no justification for his failure to provide the discovery responses. Plaintiff has clearly failed to meet her discovery obligations and Defendant is entitled to relief under Rule 37(a).

## II.    CONCLUSION

For the reasons stated above, Defendant respectfully requests that the Court grant the motion to compel and award Defendant reasonable expenses, including attorneys' fees, incurred in making this motion.

Dated this 1st day of May, 2007.                    Respectfully submitted,

                                                                          /s/
                                                            Grace E. Speights (D.C. Bar No. 392091)
                                                            John S. Ferrer (D.C. Bar No. 489679)
                                                            Morgan, Lewis & Bockius LLP
                                                            1111 Pennsylvania Ave., N.W.
                                                            Washington, D.C.  20004
                                                            (202) 739-3000
                                                            (202) 739-3001  (Fax)
                                                            *Attorneys for Defendant Viacom Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| ANTOINETTE WOODLAND | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-01611 (PLF) |
| | ) | |
| VIACOM INC., | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**<u>CERTIFICATION</u>**

Pursuant to Federal Rule of Civil Procedure 37(a)(2)(B), I, John S. Ferrer, hereby certify

that, as detailed in the Memorandum of Points and Authorities filed herewith, I have attempted to

confer in good faith with Plaintiff's counsel in an effort to resolve the discovery dispute

regarding Plaintiff's discovery responses.  Despite repeated requests by Defendant's counsel,

Plaintiff has failed to produce responses to Defendant's discovery requests.  Therefore, I certify

that, after reasonable effort, the parties are unable to resolve this dispute.


                                        _____/s/_____
                                        John S. Ferrer

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2007, a copy of the foregoing Defendant Viacom Inc.'s Motion to Compel Plaintiff's Responses to Defendant's Discovery Requests was served via the electronic case filing (CM/ECF) system and first-class mail on Counsel for Plaintiff as follows:

> Jimmy A. Bell, Esq.
> The Law Offices of Jimmy A. Bell, P.C.
> 9610 Marlboro Pike
> Upper Marlboro, MD 20772

/s/
John S. Ferrer
