### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE WOODLAND ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VIACOM INC., ) <br>       Defendant. ) <br> ) | Case No. 1:05-cv-01611 (PLF) |

## **ORDER**

Upon consideration of Defendant's Motion to Compel Plaintiff's Responses to Defendant's Discovery Requests and any opposition filed thereto, it is this _____ day of _____

ORDERED, that Defendant's Motion to Compel is GRANTED; Plaintiff is to respond fully to Defendant's discovery requests by _____, 2007; and it is

FURTHER ORDERED, that Plaintiff shall pay Defendant's reasonable attorneys' fees in bringing the motion to compel. Defendant shall submit a verified statement of fees within five days.

                                                                                     Judge Paul L. Friedman