

| | |
|---|---|
| **John S. Ferrer/WA/MLBLaw** <br> 04/20/2007 10:15 AM | To    jimbellesq@aol.com <br> cc <br> bcc   Stephanie L. Hankin/WA/MLBLaw@MorganLewis <br> Subject   Woodland-Viacom |

Jim -

On March 16, 2007, we served the plaintiff with our discovery requests in the above-referenced matter. It is beyond the deadline for the plaintiff's responses. When can we expect plaintiff's responses?

In addition, as I told you previously, we would like to schedule the plaintiff's deposition the first week of May. Let me know as soon as possible your and plaintiff's availability that week. If I do not hear from you by Monday, April 23, 2007, we intend to notice the plaintiff's deposition for Thursday, May 3, 2007. Of course, we would expect the plaintiff's responses well in advance of that date. In that regard, if we do not receive the plaintiff's responses by Tuesday, April 24, we will have no choice but to contact the Court regarding this matter.

Regards,

John

John S. Ferrer
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.5317
202.739.3001 (fax)
jferrer@morganlewis.com