

| | |
|---|---|
| **John S. Ferrer/WA/MLBLaw**<br>04/26/2007 03:36 PM | To  jimbellesq@aol.com<br>cc<br>bcc  Stephanie L. Hankin/WA/MLBLaw@MorganLewis<br>Subject  Fw: Woodland-Viacom |

Jim -

Since we have not heard back from you, and since we have not received plaintiff's responses to our discovery requests that were served on March 16, 2007, I contacted the Court today to schedule a conference call with the Judge regarding this matter. The Court requested that I call you to discuss this issue again before the conference call is scheduled. I called you earlier today and received a message stating your office is closed. Let me know by tomorrow morning whether plaintiff intends to respond to our discovery requests and, if so, when we can expect her responses. If I do not hear from you by 11:00 a.m tomorrow, I will have to call the Court again to schedule the conference call.

Also, since you have not responded to our request for your and plaintiff's availability, we will notice plaintiff's deposition for May 9, 2007 at our office. Again, we expect to receive plaintiff's responses to our discovery requests well in advance of that date.

John

John S. Ferrer
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.5317
202.739.3001 (fax)
jferrer@morganlewis.com

----- Forwarded by John S. Ferrer/WA/MLBLaw on 04/26/2007 02:26 PM -----



| | |
|---|---|
| **John S. Ferrer/WA/MLBLaw**<br>04/20/2007 10:15 AM | To  Jimmy Bell<br>cc<br>Subject  Woodland-Viacom |

Jim -

On March 16, 2007, we served the plaintiff with our discovery requests in the above-referenced matter. It is beyond the deadline for the plaintiff's responses. When can we expect plaintiff's responses?

In addition, as I told you previously, we would like to schedule the plaintiff's deposition the first week of May. Let me know as soon as possible your and plaintiff's availability that week. If I do not hear from you by Monday, April 23, 2007, we intend to notice the plaintiff's deposition for Thursday, May 3, 2007. Of course, we would expect the plaintiff's responses well in advance of that date. In that regard, if we do not receive the plaintiff's responses by Tuesday, April 24, we will have no choice but to contact the Court regarding this matter.

Regards,

John

John S. Ferrer
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.5317
202.739.3001 (fax)
jferrer@morganlewis.com