Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

**John S. Ferrer**
202.739.5317
jferrer@morganlewis.com

April 26, 2007

**VIA FAX AND OVERNIGHT MAIL**

Jimmy A. Bell, Esquire
The Law Offices of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772

   Re:   <u>Woodland v. Viacom Inc., Case No. 1:05-cv-01611 (PFL)</u>

Dear Mr. Bell:

Please find enclosed Viacom's Notice of Deposition of Plaintiff Antoinette Woodland. Since you have not responded to our request for your availability, we have set Ms. Woodland's deposition for May 9, 2007, beginning at 10:00 a.m. in our offices. If this date or time is a problem for any reason, please let me know as soon as possible.

In addition, we are still waiting for Plaintiff's responses to Viacom's discovery requests, which were served on Plaintiff on March 16, 2007. Please provide Plaintiff's responses immediately. As I informed you, we already have contacted the Court regarding this issue.

Sincerely,

John S. Ferrer

Enclosure

cc:   Grace E. Speights, Esq.

1-WA/2742253.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTOINETTE WOODLAND<br><br>Plaintiff,<br><br>v.<br><br>VIACOM INC.<br><br>Defendant. | Case No. 1:05-CV-01611 (PLF) |

## NOTICE OF DEPOSITION OF PLAINTIFF ANTOINETTE WOODLAND

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Viacom Inc. hereby notices the deposition of Plaintiff Antoinette Woodland for Wednesday, May 9, 2007, at the offices of Morgan, Lewis & Bockius LLP at 1111 Pennsylvania Ave., N.W., Washington, D.C. 20004. This deposition will commence at 10:00 a.m. and will continue thereafter until completed. This deposition will be recorded stenographically by a duly authorized court reporter.

Date: April 26, 2007

Respectfully submitted,

_/s/ Grace E. Speights_
Grace E. Speights (D.C. Bar No. 392091)
John S. Ferrer (D.C. Bar No. 489679)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202-739-3000
202-739-3001 (facsimile)

*Attorneys for Defendant Viacom Inc.*

1-WA/2661633.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served via U.S. mail postage prepaid and via facsimile a copy of the foregoing Defendant's Notice of Deposition of Plaintiff Antoinette Woodland this 26th day of April, 2007, upon counsel for Plaintiff:

    Jimmy A. Bell, Esq.
    The Law Offices of Jimmy A. Bell, P.C.
    9601 Marlboro Pike
    Upper Marlboro, MD  20772

    John S. Ferrer

1-WA/2661633.1