IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINETTE WOODLAND** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:05-CV-01611 (PLF) |
| ) | |
| **VIACOM INC.** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO EXTEND DISCOVERY

Defendant Viacom Inc., by and through their undersigned counsel, respectfully moves pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, to extend the discovery deadline to June 15, 2007 for the limited purpose of enabling Defendant to take the deposition of Plaintiff.

In support of this motion, Defendant states as follows:

1. On March 16, 2007, Defendant propounded interrogatories and requests for production of documents upon Plaintiff pursuant to Rules 33 and 34 (hereafter the "Discovery Requests").

2. To date, Plaintiff has failed to respond to Defendant's Discovery Requests. Therefore, with the Court's permission, on May 1, 2007, Defendant filed a Motion to Compel Plaintiff's Responses to Defendant's Discovery Requests. This motion is currently pending before the Court.

3. On April 26, 2007, Defendant served Plaintiff with a notice of deposition. Defendant initially noticed the deposition of Plaintiff for May 9, 2007. Defendant's counsel made multiple requests to Plaintiff's counsel to confirm Plaintiff's availability for her deposition on May 9, 2007 prior to such date.

4.      On May 8, 2007, Plaintiff's counsel notified Defendant's counsel that he had a schedule conflict on May 9, 2007.

5.      Plaintiff's counsel does not object to Defendant's motion to extend discovery to June 15, 2007, however, he does not agree that it should be extended for the limited purpose of enabling Defendant to take Plaintiff's deposition.

For the reasons set forth above, Defendant respectfully requests that the discovery deadline be extended until June 15, 2007 for the limited purpose of enabling Defendant to take Plaintiff's deposition.  Defendant also requests a corresponding extension of the remaining deadlines in this case.

Date:  May 9, 2007                                  Respectfully submitted,


                                                    _____/s/_____
                                                    Grace E. Speights (D.C. Bar No. 392091)
                                                    John S. Ferrer (D.C. Bar No. 489679)
                                                    MORGAN, LEWIS & BOCKIUS LLP
                                                    1111 Pennsylvania Avenue, NW
                                                    Washington, DC 20004
                                                    202-739-3000
                                                    202-739-3001 (facsimile)
                                                    *Attorneys for Defendant Viacom Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 9th day of May, 2007, a copy of the foregoing Defendant Viacom Inc.'s Motion to Extend Discovery was served via the electronic case filing (CM/ECF) system and first-class mail on Counsel for Plaintiff as follows:

> Jimmy A. Bell, Esq.
> The Law Offices of Jimmy A. Bell, P.C.
> 9610 Marlboro Pike
> Upper Marlboro, MD 20772

                        /s/
                John S. Ferrer

1-WA/2749118.1