## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINETTE WOODLAND**     ) | |
| )                            | |
| **Plaintiff,**   )           | |
| )                            | |
| v.              )            | Case No. 1:05-CV-01611 (PLF) |
| )                            | |
| **VIACOM INC.**  )           | |
| )                            | |
| **Defendant.**   )           | |

### ORDER

Upon consideration of Defendant Viacom Inc.'s Motion to Extend Discovery, and the entire record herein, it is this _____ day of _____, 2007, hereby

**ORDERED** that Defendant Viacom Inc.'s Motion to Extend Discovery to June 15, 2007 for the limited purpose of enabling Defendant to take Plaintiff's deposition is **GRANTED**; and it is further

**ORDERED** that the remaining deadlines in this case shall each be extended as follows:

| | |
|---|---|
| Deadline for filing dispositive motions | July 31, 2007 |
| Oppositions | August 15, 2007 |
| Replies (if any) | August 22, 2007. |

_____
Paul L. Friedman
United States District Judge

1-WA/2749420.1