**PLAINTIFF'S MOTION TO CCOMPEL DEFENDAT TO PROVIDE DISEXTEND DISCOVERY**

COMES NOW, Plaintiff, by and through the undersigned counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby moves, pursuant to Pursuant to Federal Rules of Civil Procedure 37(a), to compel Defendant's discovery responses. Plaintiff's arguments are set forth in the Memorandum of Points and Authorities.

Respectfully submitted,

_____/s/-------------------
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike Upper
Marlboro, MD 20772

(301) 599-7620

(301) 599-7623

MD1469