IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINETTE WOODLAND** | : | |
| | : | |
| | : | Case No.: 1:05cv01611 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **VIACOM INC.,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER**

Upon consideration of Plaintiff's Motion to Compel Defendant's Responses to Plaintiff's Discovery Requests and any opposition filed thereto, it is this \_\_\_\_\_ day of _____ORDERED, that Plaintiff's Motion to Compel is GRANTED; Defendant is to respond fully to Defendant's discovery requests and provided the entire insurance agreement(s) by _____, 2007; and it is FURTHER ORDERED, that Defendant shall pay Plaintiff's reasonable attorneys' fees in bringing the motion to compel. Defendant shall submit a verified statement of fees within five days.

_____
United States District Court Judge