IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINETTE WOODLAND** : | |
| : | |
| : | Case No.: 1:05cv01611 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **VIACOM INC.,** : | |
| : | |
| Defendant. : | |
| _____: | |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF ITS MOTION TO COMPEL
DEFENDANT'S DISCOVERY REQUESTS**

COMES NOW, Plaintiff, by and through the undersigned counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby moves, pursuant to Pursuant to Federal Rules of Civil Procedure 37(a), Plaintiff submits this memorandum in support of its motion to compel Defendant's discovery responses.

**Argument**

On August 12, 2005, Plaintiff filed a Complaint against Defendant Viacom alleging discrimination in violation of the District of Columbia Human Rights Act ("DCHRA"), D.C.Code § 2-1401. Plaintiff propounded discovery on Defendant in February 2007. On March 14, 2007, Defendant answered the discovery. *See* Defendant Viacom Inc.'s Responses to Plaintiff's Second Request for Production of

Documents. (Exhibit A) Defendant failed to provide documents which were requested and that Defendant has in their possession.

> Specifically document request #16 asked Defendant to "Please provide all insurance policies that cover the allegations in the complaint against Defendant's BET business unit and state the police limits."

> Defendant's Response was ""Viacom is prepared to produce the declarations for the insurance policy that cover the allegations in this matter once parties have agreed to a protective order."

Plaintiff's Counsel talked to Defense counsel and sent him emails (Exhibits 1- 2) regarding his failure to produce the insurance policy. Defendant admits that he has a policy that covers the allegations in the complaint but have refused to give it to Plaintiff. Plaintiff is entitled to receive the entire insurance agreement. Plaintiff is entitled to information that is relevant or that may lead to relevant discovery.

Although Plaintiff 's Counsel has agreed to sign a protective order regarding the insurance agreement, Defendant still refused to give the entire agreement. Plaintiff's counsel is entitled to all insurance policies that cover the allegations in the complaint against Defendant's BET business unit. Plaintiff believes that some information in the insurance policies may cast doubt on Defendants answers to discovery.

Defendant has not sought or received permission from the Court to serve the discovery late, and Defendant's failure to provide the responses in a timely manner has interfered with plaintiff's ability to conduct additional discovery and to prepare for depositions. Moreover, Defense counsel has offered no justification for his failure to provide the insurance policies. Defendant has clearly failed to meet his discovery obligations and Defendant is entitled to relief under Rule 37(a0). In Fact, Defense

Counsel has told Plaintiffs' Counsel that a motion to compel has to be filed to compel Defendant to provide the entire insurance policies.

## CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that the Court grant the motion to compel and award Plaintiff reasonable expenses, including attorneys' fees, incurred in making this motion.

Respectfully submitted,

---------------/s/---------------------------
 Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike Upper
Marlboro, MD 20772

(301) 599-7620

(301) 599-7623 (fax)

Counsel for Plaintiff

Bar # MD 14639

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINETTE WOODLAND** | : | |
| | : | |
| | : | Case No.: 1:05cv01611 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **VIACOM INC.,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 37(a)(2)(B), I, Jimmy A. Bell, hereby certify that, as detailed in the Memorandum of Points and Authorities filed herewith, I have attempted to confer in good faith with Defendant's counsel in an effort to resolve the discovery dispute regarding Defendant's discovery responses. Despite repeated requests by Plaintiff's counsel, Defendant has failed to produce responses to Plaintiff's

discovery requests. Therefore, I certify that, after reasonable effort, the parties are unable to resolve this dispute.

       Respectfully submitted,

---------------/s/--------------------------
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike Upper
Marlboro, MD 20772

(301) 599-7620

(301) 599-7623 (fax)

Counsel for Plaintiff

Bar # MD 14639