Woodland V. Viacom Inc. Case No.: 1:05-cv-01611-PLF                                    Page 1 of 1

| | |
|---|---|
| Reminder: AOL will never ask you to send us your password or credit card number in an email. | This message has been scanned for known viruses. |

| | |
|---|---|
| From: | jimbellesq@aol.com |
| To: | jferrer@morganlewis.com |
| Subject: | Woodland V. Viacom Inc. Case No.: 1:05-cv-01611-PLF |
| Date: | Thu, 10 May 2007 5:51 PM |

John,

You still have not provided me the documents under the protective order or Defendants personnel/policys and procedures that BET was required to follow.

Thanks

Jim

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

http://webmail.aol.com/25698/aol/en-us/mail/display-message.aspx                       5/11/2007