IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINETTE WOODLAND** | : | |
| | : | Case No.: 1:05-cv-01611-PLF |
| Plaintiff, | : | |
| v. | : | |
| **VIACOM INC.,** | : | |
| Defendant. | : | |
| _____ | : | |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY**

COMES NOW, Plaintiff, by and through the undersigned counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby moves, pursuant to Federal Rule of Civil Procedure 6(b), for an order to extend the discovery deadline to June 15, 2007 for the purpose of enabling Plaintiff to take the depositions. Plaintiff's arguments are set forth in the Memorandum of Points and Authorities.

Respectfully submitted,

_____/s/-------------------
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike Upper
Marlboro, MD 20772

(301) 599-7620

(301) 599-7623 (fax)
Counsel for Plaintiff
Bar # MD 14639