IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINETTE WOODLAND** | : | |
| | : | |
| | : | Case No.: 1:05cv01611 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **VIACOM INC.,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

Upon consideration of Plaintiff's Motion to extend the discovery deadline to June 15, 2007 for the purpose of enabling Plaintiff to take the depositions and any opposition filed thereto, it is this \_\_\_\_\_ day of _____ORDERED, that Plaintiff's GRANTED.

_____
United States District Court Judge