IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINETTE WOODLAND** | : | |
| | : | Case No.: 1:05-cv-01611-PLF |
| Plaintiff, | : | |
| v. | : | |
| **VIACOM INC.,** | : | |
| Defendant. | : | |
| _____ | : | |

## PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES FOR PLAINTIFF'S MOTION TO EXTEND DISCOVERY

COMES NOW, Plaintiff, by and through the undersigned counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby moves, pursuant to Federal Rule of Civil Procedure 6(b), for an order to extend the discovery deadline to June 15, 2007 for the purpose of enabling Plaintiff to take the depositions. For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 6(b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.
2. Defendant filed a Motion to extend discovery for the limited purpose of taking Plaintiff's deposition.
3. This court granted Defendant's motion to extended Discovery in this case to June 15, 2007.

4. Plaintiff has been requesting deposition dates from defendant since February 2007. (Exhibits 1, 2, 3, 4, 6, 7)

5. Plaintiff even noticed depositions. (Exhibits, A, B)

6. Defendant has also failed to provide the Insurance Information and Defendants Personnel Polices and procedures that BET is required to follow, which was requested pursuant to Rules 33 and 34 (hereafter the "Discovery Requests"). (Exhibits 5 and 7) This information is critical to Plaintiff's case and to the deposition of the witnesses.

7. Defense counsel objects to this motion.

8. Plaintiff counsel has called the court and was told to I could file this motion.

Plaintiff asks permission to take the following depositions:

Quinton Bowman

Shelley Johnson

Debra Heard

Naomi Young

Edward Gilmore

And the 30(b)(6) depositions under oath of the duly designated corporate representative of Defendant able to testify to:

1. Defendant's Personnel and/or human resource policies and procedures, including but not limited to employee hiring, training, supervision, discrimination

policies and procedures that employees at Defendant's BET business unit are required to follow.

2. That can explain all of Defendant' s policies and procedures that employees at Defendant's BET business unit are required to follow.

3. That can explain all insurance policies that cover the allegations in the complaint against Defendant's BET business unit, state the police limits and explain why defendant's insurance covers the allegations in the complaint.

4. That can explain the reason(s) that the Defendant allows the payroll deductions from pay check or pay stub from employees at Defendant's BET business unit.

5. That can explain the reason(s) that the Defendant required the employees at Defendant's BET business unit to sign Defendant's Business Conduct Statement.

For the reasons set forth above, Plaintiff respectfully requests that the discovery deadline which has been extended until June 15, 2007 also allow plaintiff to take the above mentioned depositions.

    Respectfully submitted,

    ---------------/s/---------------------------
    Jimmy A. Bell, Esq.
    Law Office of Jimmy A. Bell, P.C.
    9610 Marlboro Pike Upper
    Marlboro, MD 20772

    (301) 599-7620

    (301) 599-7623 (fax)

    Counsel for Plaintiff

    Bar # MD 14639