IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINETTE WOODLAND** : | |
| : | |
| : | Case No.: 1:05-cv-01611-PLF |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **VIACOM INC.,** : | |
| : | |
| Defendant. : | |
| _____ : | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiff, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, PC, will take the deposition under oath of the following persons on May 11, 2007 commencing at **10:00** o'clock in the **A.M.** at the Law Office of Jimmy A. Bell, PC, 9610 Marlboro Pike, Upper Marlboro, MD 20772, before an officer duly authorized by law to administer oaths pursuant to the applicable rules of Court:

    10am   Quinton Bowman

    11am   Shelley Johnson

    12pm   Debra Heard

    1pm    Naomi Young

    2pm    Edward Gilmore

The deposition will continue from day to day until completed, and shall be conducted for the purpose of discovery, trial, and any other permitted use under the applicable Rules of Procedure and evidence.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, PC
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 599-7620
(301) 599-7623 (fax)

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 4th day of May 2007, a copy of the foregoing Notice of Deposition was faxed, emailed and mailed, first-class postage pre-paid to:

John S. Ferrer
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.5317
202.739.3001 (fax)

                                                                       _____/s/_____
                                                                         Jimmy A. Bell, Esq.

Case 1:05-cv-01611-PLF    Document 20-5    Filed 05/11/2007    Page 4 of 4