Fwd: Woodland v. Viacom                                                                 Page 1 of 1



© 2007 AOL LLC. All Rights Reserved.   Terms of Service | AOL Member Privacy | Trademarks

http://webmail.aol.com/24126/aol/en-us/mail/display-message.aspx                3/17/2007