Fwd: Woodland v. Viacom                                                    Page 1 of 1



From: jimbellesq@aol.com
To: jferrer@morganlewis.com
Subject: Fwd: Woodland v. Viacom
Date: Fri, 2 Mar 2007 8:15 AM

John, I have still not received from you dates regarding these depositions.

Jim

-----Original Message-----
From: jimbellesq@aol.com
To: jferrer@morganlewis.com
Sent: Mon, 26 Feb 2007 4:15 AM
Subject: Re: Woodland v. Viacom

John, please let me know the dates the depositions of the following can be taken:

    Quinton Bowman, Defendant's BET unit
    Edward Gilmore, Defendant's BET unit
    Gwenn Dennis, Defendant's BET unit
    Debra Heard, Defendant's BET unit
    Carol Holland, Defendant's BET unit
    Shelley Johnson, Defendant's BET unit
    Naomi Young

© 2007 AOL LLC. All Rights Reserved.    Terms of Service | AOL Member Privacy | Trademarks

http://webmail.aol.com/24126/aol/en-us/mail/display-message.aspx                3/17/2007