Re: Woodland v. Viacom                                                Page 1 of 1



I asked your for your availability and you have failed to provide that to me. I will let the judge know about this in a motion in an up comming motion.

-----Original Message-----
From: jferrer@morganlewis.com
To: jimbellesq@aol.com
Sent: Fri, 2 Mar 2007 12:03 PM
Subject: Re: Fwd: Woodland v. Viacom

Jim -

As you know, we represent Viacom in this matter. Currently, we do not represent any of the individuals you have listed below in their individual capacity. Thus, we cannot provide you with their availability.

John

John S. Ferrer
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.

© 2007 AOL LLC. All Rights Reserved.   Terms of Service | AOL Member Privacy | Trademarks

http://webmail.aol.com/24126/aol/en-us/mail/display-message.aspx               3/17/2007