Re: Woodland v. Viacom                                                                 Page 1 of 1

| | |
|---|---|
| **From:** | jimbellesq@aol.com |
| **To:** | jferrer@morganlewis.com |
| **Subject:** | Re: Woodland v. Viacom |
| **Date:** | Fri, 23 Feb 2007 8:19 AM |

Reminder: AOL will never ask you to send us your password or credit card number in an email.   This message has been scanned for known viruses.

John,

You have not provided me with available dates for depositions in March. Please get them to me.

Jim

-----Original Message-----
From: jferrer@morganlewis.com
To: jimbellesq@aol.com
Sent: Mon, 12 Feb 2007 4:48 PM
Subject: Woodland v. Viacom

```
Jim --

We are in receipt of plaintiff's initial disclosures in the
above-referenced case.  We did not receive the disclosures prior to the fax
you sent on Friday, February 9, 2007.  In any event, we will review the
disclosures and follow-up if necessary.

Regards,

John

John S. Ferrer
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.5317
202.739.3001 (fax)
jferrer@morganlewis.com


DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.
```

**Check out the new AOL.** Most comprehensive set of free safety and security tools, free access to millions of high-quality videos from across the web, free AOL Mail and more.

http://webmail.aol.com/24126/aol/en-us/mail/display-message.aspx                3/17/2007