Woodland V. Viacom Inc. Case No.: 1:05-cv-01611-PLF Page 1 of 1

| | |
|---|---|
| Reminder: AOL will never ask you to send us your password or credit card number in an email. | This message has been scanned for known viruses. |

| | |
|---|---|
| From: | jimbellesq@aol.com |
| To: | jferrer@morganlewis.com |
| Subject: | Woodland V. Viacom Inc. Case No.: 1:05-cv-01611-PLF |
| Date: | Sat, 5 May 2007 12:08 AM |
| Attachments: | woodland_30b(6)_notice.pdf (203K) |

John,

Please find a 30(b)(6) depositon notice for Woodland V. Viacom Inc. Case No.: 1:05-cv-01611-PLF.

If this date is not good for you then I will agree to extend discovery for up to sixty days so that the depositons can be taken.

Jim

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

Deposition notice for Woodland V. Viacom Inc. Case No.: 1:05-cv-01611-PLF     Page 1 of 1

| | |
|---|---|
| **Reminder:** AOL will never ask you to send us your password or credit card number in an email. This message has been scanned for known viruses. | |
| **From:** | jimbellesq@aol.com |
| **To:** | jferrer@morganlewis.com |
| **Subject:** | Deposition notice for Woodland V. Viacom Inc. Case No.: 1:05-cv-01611-PLF |
| **Date:** | Fri, 4 May 2007 6:17 PM |
| **Attachments:** | woodlanddponotice.pdf (80K) |

John,

Please find a depositon notice for Woodland V. Viacom Inc. Case No.: 1:05-cv-01611-PLF.

If this date is not good for you then I will agree to extend discovery for up to sixty days so that the depositons can be taken and so you can provide the discovery documents that you have not provided. You still have not filed the protective order which would entitle me to those documents. When will I get them? Also per your voice mail message form yesterday, please let me know what other dates you have available for Ms. Woodland Depostions.

Thanks,

Jim

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.