IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINETTE WOODLAND** : | |
| : | Case No.: 1:05-cv-01611-PLF |
| Plaintiff, : | |
| v. : | |
| **VIACOM INC.,** : | |
| Defendant. : | |
| _____ : | |

**PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL**

COMES NOW, Plaintiff, by and through the undersigned counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby files this Opposition to Defendant's Motion to Compel. For Cause Plaintiff states the following:

1. Defendant's Motion is now moot because the Plaintiff has sent the Responses to Defendant's Discovery.

2. Plaintiff has also filed a Motion to Compel against Defendant that is pending before this court.

Respectfully submitted,

_____/s/-------------------
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike Upper
Marlboro, MD 20772

(301) 599-7620

(301) 599-7623 (fax)
Counsel for Plaintiff
Bar # MD 14639