IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINETTE WOODLAND** | : | |
| | : | |
| | : | Case No.: 1:05cv01611 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **VIACOM INC.,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

Upon consideration of Defendant's Motion to Compel Discovery and Plaintiff's Opposition filed thereto, it is this _____ day of _____ORDERED, that Defendant's Motion to Compel is DENIED

_____
United States District Court Judge