**fax operator/co/mlblaw**
05/04/2007 06:13 PM

To  jferrer@morganlewis.com

cc

bcc

Subject  Fax from JIMMY A BELL sent by JIM BELL - 4 pgs.

This fax was routed to: jferrer@morganlewis.com,
and CC'd to:


The attachment to this message is an electronic
fax forwarded to you from the Fax Operator.  It
is one PDF file with all pages of the fax
included.

You can view the fax by right-clicking on the
attachment and selecting Launch from the menu OR
you can save the fax to iManage by clicking on
the Save to iManage button on the toolbar above.

This fax will remain available for 10 days only
and will then be deleted automatically from the
eFax server.

Important:
If the fax was sent to you in error, please
Reply with History to this message and include a
comment as to why you are returning the fax.

(1602720)

# Law Office Of Jimmy A. Bell, PC

9610 Marlboro Pike ~ Upper Marlboro, MD 20772

Phone (301) 599-7620 ~ Fax (301) 599-7623
Website: www.jimbellesq.com

Email: jimbellesq@aol.com

May 4, 2007

To:    John S. Ferrer
        Morgan, Lewis & Bockius LLP
        1111 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        202.739.5317
        202.739.3001 (fax)

From  Jim Bell, Esq.

Re: Deposition notice for Woodland V. Viacom Inc. Case No.: 1:05-cv-01611-PLF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE WOODLAND | : | |
| | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:05-cv-01611-PLF |
| | : | |
| v. | : | |
| | : | |
| VIACOM INC., | : | |
| | : | |
| Defendant. | : | |

---

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiff, by and through counsel, Jimmy A. Bell, Esq. and

the Law Office of Jimmy A. Bell, PC, will take the deposition under oath of the following

persons on May 11, 2007 commencing at **10:00** o'clock in the **A.M.** at the Law Office of Jimmy

A. Bell, PC, 9610 Marlboro Pike, Upper Marlboro, MD 20772, before an officer duly authorized

by law to administer oaths pursuant to the applicable rules of Court:

> 10am   Quinton Bowman
>
> 11am   Shelley Johnson
>
> 12pm   Debra Heard
>
> 1pm   Naomi Young
>
> 2pm   Edward Gilmore

The deposition will continue from day to day until completed, and shall be conducted for

the purpose of discovery, trial, and any other permitted use under the applicable Rules of

Procedure and evidence.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, PC
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 599-7620
(301) 599-7623 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May 2007, a copy of the foregoing Notice
of Deposition was faxed, emailed and mailed, first-class postage pre-paid to:


John S. Ferrer
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.5317
202.739.3001 (fax)



_____
Jimmy A. Bell, Esq.