Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewis.com



**Morgan Lewis**
COUNSELORS AT LAW

**John S. Ferrer**
Associate
202.739.5317
jferrer@morganlewis.com

May 9, 2007

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Jimmy A. Bell, Esq.
The Law Offices of Jimmy A. Bell, P.C.
9601 Marlboro Pike
Upper Marlboro, Maryland 20772

Re:   <u>Woodland v. Viacom Inc., Case No. 1:05-CV-01611 (PLF)</u>

Dear Mr. Bell:

    I am writing in response to the recently served Notice of Deposition for a corporate representative in the above-referenced matter. Viacom Inc. ("Viacom") objects to the short time frame given for the deposition in that it violates Local Rule 30.1. A party served must be given reasonable notice of the date set for the deposition, which the Court has defined as no less than five (5) days *in advance* of the deposition. Your Notice, dated May 4, 2007, faxed to our office on May 5, 2007, and scheduling the deposition for May 11, 2007, does not meet this requirement.

    Due to the short time frame you have set for the deposition, we ask that you advise us as soon as possible, but by no later than tomorrow, May 10, 2007, as to whether or not you intend to withdraw the Notice. If you insist that we comply with the Notice of Deposition, we will seek a protective order from the Court and/or move to quash.

    We are also in receipt of Plaintiff's Notice of Deposition for Quinton Bowman, Shelley Johnson, Debra Heard, Naomi Young, and Edward Gilmore on May 11, 2007 in this matter. Please be advised that none of these individuals are employees of Viacom. Therefore, Viacom is not required to ensure their presence at their depositions. If you wish to ensure these individuals' presence at their depositions, you must subpoena them. Should you decide to subpoena any individuals in this matter, please send us a copy of the subpoena.

1-WA/2749312.1

# Morgan Lewis
COUNSELORS AT LAW

Jimmy A. Bell, Esq.
May 9, 2007
Page 2

Sincerely,

John S. Ferrer

c: Grace E. Speights, Esq.

1-WA/2749312.1