

**John S. Ferrer/WA/MLBLaw**
03/02/2007 02:42 PM

To jimbellesq@aol.com
cc
bcc
Subject Re: Woodland v. Viacom

For whatever it is worth, in March, I am available the weeks of March 12 and 19, and maybe March 29-30. For April, I am open as of now, except for April 5-6.

We intend to take Plaintiff's deposition in this matter, so please provide me with available dates for you and Plaintiff in March and April 2007.

John S. Ferrer
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.5317
202.739.3001 (fax)
jferrer@morganlewis.com


jimbellesq@aol.com



**jimbellesq@aol.com**
03/02/2007 02:17 PM

To jferrer@morganlewis.com
cc
Subject Re: Woodland v. Viacom


I asked your for your availability and you have failed to provide that to me. I will let the judge know about this in a motion in an up comming motion.


-----Original Message-----
From: jferrer@morganlewis.com
To: jimbellesq@aol.com
Sent: Fri, 2 Mar 2007 12:03 PM
Subject: Re: Fwd: Woodland v. Viacom



Jim -

As you know, we represent Viacom in this matter. Currently, we do not represent any of the individuals you have listed below in their individual capacity. Thus, we cannot provide you with their availability.

John

John S. Ferrer
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.5317
202.739.3001 (fax)
jferrer@morganlewis.com

|  |  |
|---|---|
| jimbellesq@aol.com<br>03/02/2007 08:15 AM | To  jferrer@morganlewis.com<br>cc<br>Subject  Fwd: Woodland v. Viacom |

John, I have still not received from you dates regarding these depositions.

Jim


-----Original Message-----
From: jimbellesq@aol.com
To: jferrer@morganlewis.com
Sent: Mon, 26 Feb 2007 4:15 AM
Subject: Re: Woodland v. Viacom

John, please let me know the dates the depositions of the following can be taken:

    Quinton Bowman, Defendant's BET unit
    Edward Gilmore, Defendant's BET unit
    Gwenn Dennis, Defendant's BET unit
    Debra Heard, Defendant's BET unit
    Carol Holland, Defendant's BET unit
    Shelley Johnson, Defendant's BET unit
    Naomi Young


-----Original Message-----
From: jferrer@morganlewis.com
To: jimbellesq@aol.com
Sent: Fri, 23 Feb 2007 11:06 AM

Subject: Re: Woodland v. Viacom


Jim - We have not received any notice for a 30(b)(6) depo.  When we do, we will respond accordingly. - John
------------------
Sent from my BlackBerry Handheld.

----- Original Message -----
From: jimbellesq
Sent: 02/23/2007 08:19 AM EST
To: John Ferrer
Subject: Re: Woodland v. Viacom

John,

You have not provided me with available dates for depositions in March.
Please get them to me.


Jim


-----Original Message-----
From: jferrer@morganlewis.com
To: jimbellesq@aol.com
Sent: Mon, 12 Feb 2007 4:48 PM
Subject: Woodland v. Viacom




Jim --

We are in receipt of plaintiff's initial disclosures in the
above-referenced case.  We did not receive the disclosures prior to the fax
you sent on Friday, February 9, 2007.  In any event, we will review the
disclosures and follow-up if necessary.

Regards,

John

John S. Ferrer
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.5317
202.739.3001 (fax)
jferrer@morganlewis.com


DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,