

**fax operator/co/mlblaw**
05/05/2007 12:13 AM

To  jferrer@morganlewis.com
cc
bcc
Subject  Fax from LAW OFFICES OF JIMMY BELL sent by LAW OFFICES OF JIMMY BELL - 4 pgs.

This fax was routed to: jferrer@morganlewis.com,
and CC'd to:


The attachment to this message is an electronic
fax forwarded to you from the Fax Operator.  It
is one PDF file with all pages of the fax
included.

You can view the fax by right-clicking on the
attachment and selecting Launch from the menu OR
you can save the fax to iManage by clicking on
the Save to iManage button on the toolbar above.

This fax will remain available for 10 days only
and will then be deleted automatically from the
eFax server.

Important:
If the fax was sent to you in error, please
Reply with History to this message and include a
comment as to why you are returning the fax.
(1603176)

# Law Office Of Jimmy A. Bell, PC

9610 Marlboro Pike ~ Upper Marlboro, MD 20772

Phone (301) 599-7620 ~ Fax (301) 599-7623
Website: www.jimbellesq.com

Email: jimbellesq@aol.com

May 4, 2007

To:   John S. Ferrer
      Morgan, Lewis & Bockius LLP
      1111 Pennsylvania Avenue, N.W.
      Washington, D.C. 20004
      202.739.5317
      202.739.3001 (fax)

From  Jim Bell, Esq.

Re: Deposition notice for <u>Woodland V. Viacom Inc.</u> Case No.: 1:05-cv-01611-PLF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTOINETTE WOODLAND           :
                              :
                              :   Case No.: 1:05-cv-01611-PLF
     Plaintiff,               :
                              :
v.                            :
                              :
VIACOM INC.,                  :
                              :
     Defendant.               :
_____:

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiff by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, PC, will take the deposition under oath of the duly designated corporate representative of Defendant able to testify to:

1. Defendant's Personnel and/or human resource policies and procedures, including but not limited to employee hiring, training, supervision, discrimination policies and procedures that employees at Defendant's BET business unit are required to follow.

2. That can explain all of Defendant's policies and procedures that employees at Defendant's BET business unit are required to follow.

3. That can explain all insurance policies that cover the allegations in the complaint against Defendant's BET business unit, state the police limits and explain why defendant's insurance covers the allegations in the complaint.

4. That can explain the reason(s) that the Defendant allows the payroll deductions from pay check or pay stub from employees at Defendant's BET business unit.

5. That can explain the reason(s) that the Defendant required the employees at Defendant's BET business unit to sign Defendant's Business Conduct Statement.

The notice is pursuant to Fed. R. Civ. Pro. 30(b)(6) are to be held on May 11, **20067** commencing at **3:00** o'clock in the **P.M.** at the Law Office of Jimmy A. Bell, PC, 9610 Marlboro Pike, Upper Marlboro, Maryland 20772, before an officer duly authorized by law to administer oaths pursuant to the applicable rules of Court.

The deposition will continue from day to day until completed, and shall be conducted for the purpose of discovery, trial, and any other permitted use under the applicable Rules of Procedure and evidence.

Respectfully submitted,

/s/
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, PC
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 599-7620
(301) 599-7623 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May 2007, a copy of the foregoing Notice of Deposition was faxed, emailed and mailed, first-class postage pre-paid to:

John S. Ferrer
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.5317
202.739.3001 (fax)

_____/s/_____
Jimmy A. Bell, Esq.