# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ANTOINETTE WOODLAND**  )<br>  )<br>   **Plaintiff,**  )<br>  )<br>   v.  )<br>  )<br> **VIACOM INC.**  )<br>  )<br>   **Defendant.**  )<br>  ) | **Case No. 1:05-CV-01611 (PLF)** |

## ORDER

Upon consideration of Plaintiff's Motion to Extend Discovery, Defendant's Opposition thereto, any reply having been filed by Plaintiff, and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED** that Plaintiff's Motion to Extend Discovery is hereby **DENIED**.

_____
Paul L. Friedman
United States District Judge

1-WA/2760436.1