**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ANTOINETTE WOODLAND**      )<br>                                                      )<br>           **Plaintiff,**                         )<br>                                                      )<br>           **v.**                                    )<br>                                                      )<br>**VIACOM INC.**                             )<br>                                                      )<br>           **Defendant.**                     )<br>                                                      ) | **Case No. 1:05-CV-01611 (PLF)** |

## ORDER

Upon consideration of Plaintiff's Motion to Compel Defendant's Discovery Responses, Defendant's Opposition thereto, any reply having been filed by Plaintiff, and the entire record herein, it is this _____ day of _____, 2007,

IT IS **ORDERED** that Plaintiff's Motion to Compel Defendant's Discovery Responses is hereby **DENIED**.

IT IS FURTHER **ORDERED** that Plaintiff pay Viacom its reasonable attorney's fees and all other costs incurred in opposing Plaintiff's motion.

                                                                         _____
                                                                         Paul L. Friedman
                                                                         United States District Judge

1-WA/2763463.1