UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTOINETTE WOODLAND, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1611 (PLF) |
| VIACOM, INC., | ) ) ) | |
| Defendant. | ) ) | |

REFERRAL ORDER

On May 1, 2007, having received permission from the Court to do so, defendant filed a motion to compel plaintiff's responses to defendant's discovery requests [17]. On May 11, 2007, plaintiff filed a motion to extend discovery [20]. Plaintiff also filed a motion to compel, but was instructed by the Clerk's Office that it needed to be re-filed. The motion has not been re-filed. The Court has decided to refer all discovery disputes in this matter, including the two pending motions and the request for sanctions incorporated in defendant's motion to compel [17], to a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to a magistrate judge for the management of discovery in this case. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of the magistrate judge following the case

number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

        SO ORDERED.

                                                                            /s/_____
                                                                            PAUL L. FRIEDMAN
                                                                            United States District Judge

DATE: May 29, 2007