IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE WOODLAND ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-01611 (PLF/JMF) |
| ) | |
| VIACOM INC. ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Antoinette Woodland and Defendant Viacom Inc., through their undersigned attorneys, hereby move to extend the deadline for filing dispositive motions to August 27, 2007.

In support of this motion, the parties state as follows:

1. On May 11, 2007, upon Defendant's Motion to Extend Discovery, the Court extended discovery to June 15, 2007 for the limited purpose of enabling Defendant to take Plaintiff's deposition. The Court set the deadline for filing dispositive motions to July 31, 2007, oppositions to August 15, 2007, and replies, if any, to August 22, 2007.

2. On or about May 30, 2007, Defendant noticed Plaintiff's deposition for June 7, 2007. Due to a scheduling conflict of Plaintiff's counsel, Plaintiff's deposition had to be rescheduled and the parties agreed that Defendant would depose Plaintiff on June 15, 2007.

3. On June 15, 2007, Defendant began deposing Plaintiff. However, because the deposition had already extended past the end of the business day and Plaintiff's counsel had yet to complete his cross-examination of Plaintiff, the parties agreed to continue Plaintiff's

deposition. Due to the schedules of Plaintiff and her counsel, the parties agreed to continue Plaintiff's deposition on July 12, 2007 at 10:00 a.m. at Defendant's counsel's offices.

4. In light of Plaintiff's deposition not being completed until July 12, 2007, the parties respectfully request that the Court extend the deadline to file dispositive motions from July 31, 2007 to August 27, 2007. This brief extension of time is necessary to allow both parties sufficient time to review Plaintiff's deposition transcript and other discovery materials in preparation for the filing of dispositive motions. Because Plaintiff's counsel has a previously scheduled vacation the first two weeks of September 2007, the parties further request that oppositions be made due on September 26, 2007. Any replies would be due on October 3, 2007.

For the reasons set forth above, the parties respectfully request that the deadline for filing dispositive motions be extended to August 27, 2007. The parties also request that the deadlines for filing oppositions and any replies be extended to September 26 and October 3, 2007, respectively.

Date:  June 25, 2007                              Respectfully submitted,

                                                                    /s/
Jimmy A. Bell, Esq. (Bar No. MD 14639)
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
(301) 599-7620
(301) 599-7623 (Fax)
jimbellesq@aol.com
*Attorney for Plaintiff*

                                                                    /s/
Grace E. Speights (D.C. Bar No. 392091)
John S. Ferrer (D.C. Bar No. 489679)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202-739-3000
202-739-3001 (facsimile)
*Attorneys for Defendant Viacom Inc.*