**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ANTOINETTE WOODLAND** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 1:05-CV-01611 (PLF/JMF) |
| | ) | |
| **VIACOM INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of the parties' Joint Motion to Extend Deadline for Filing Dispositive Motions, and the entire record herein, it is this _____ day of _____, 2007, hereby

**ORDERED** that the parties' Joint Motion to Extend Deadline for Filing Dispositive Motions to August 27, 2007 is **GRANTED**; and it is further

**ORDERED** that the remaining deadlines in this case shall each be extended as follows:

    Oppositions        September 26, 2007

    Replies (if any)    October 3, 2007.


                                                             Paul L. Friedman
                                                             United States District Judge