IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ANTOINETTE WOODLAND** :
:
: Case No.: 1:05cv01611
Plaintiff, :
:
v. :
:
**VIACOM INC.,** :
:
Defendant. :
_____ :

## ORDER

Upon consideration of this Court's Order to Show Cause and Plaintiff's Response thereto, and in the interests of justice, it is this _____ day of _____, 2007,

ORDERED, that this Court's Order to Show Cause is hereby DISCHARGED.

_____
United States District Court Judge

