IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINETTE WOODLAND** | : | |
| | : | Case No.: 1:05-cv-01611-PLF-JMF |
| Plaintiff, | : | |
| v. | : | |
| **VIACOM INC.,** | : | |
| Defendant. | : | |
| _____ | : | |

## PLAINTIFF'S CONSENT MOTION TO EXTEND DISCOVERY

COMES NOW, Plaintiff, by and through the undersigned counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby moves, pursuant to Federal Rule of Civil Procedure 6(b), for an order to extend the discovery deadline to September 7, 2007 for the sole purpose of Plaintiff taking the depositions in this matter on September 5, 2007 and September 7, 2007 as set forth in paragraph #3 below. For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 6(b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. Plaintiff and Defense counsel have been to trying to coordinate the scheduling of depositions in this matter.

3. Due to vacations and medical leave certain deponents, the parties have agreed that plaintiff will take the depositions of Quinton Bowman Ed Gilmore, Debra Heard, and Shelley Johnson, on September 5, 2007, and Plaintiff will take the deposition of Viacom's 30(b)(6) representative on September 7, 2007 by telephone.

4. Defendant has consented to this motion.

For the reasons set forth above, Plaintiff respectfully requests that the discovery deadline be extended until September 7, 2007 for the sole purpose of taking the depositions in this matter on September 5, 2007 and September 7, 2007 as set forth above.

Respectfully submitted,

---------------/s/--------------------------
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike Upper
Marlboro, MD 20772

(301) 599-7620

(301) 599-7623 (fax)

Counsel for Plaintiff

Bar # MD 14639