IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINETTE WOODLAND** | : | |
| | : | Case No.: 1:05-cv-01611-PLF-JMF |
| Plaintiff, | : | |
| v. | : | |
| **VIACOM INC.,** | : | |
| Defendant. | : | |
| _____ | : | |

## **ORDER**

Upon consideration of Plaintiff's Consent Motion for an order to extend the discovery deadline to September 7, 2007 for the sole purpose of Plaintiff taking the depositions in this matter on September 5, 2007 and September 7, 2007 as set forth in the motion.

It this   day of  , 2007, ORDERED that Plaintiff's Consent Motion is GRANTED.

_____

U.S. District Court Judge

Upon consideration of Plaintiff's Consent Motion to Enlarge the Time by 30 days to file an Opposition to Defendant's Motion For Summary Judgment, and in the interests of justice, it is

this    day of  , 2007, ORDERED that Plaintiff's Motion to Enlarge the Time by 30 days to file an Opposition to Defendant's Motion For Summary Judgment is GRANTED.

_____

U.S. District Court Judge