

**jimbellesq@aol.com**
05/08/2007 04:25 PM

To  jferrer@morganlewis.com
cc
bcc
Subject  Woodland V. Viacom Inc. Case No.: 1:05-cv-01611-PLF

History:      This message has been forwarded.

John,

This is to memorize the conversion tht we had today where you stated that you would postpone Ms. Woodlands deposition noticed for tomorrow. I agreed to your request to extend discovery for 30 days and asked could you extend it to June 15, 2007. You told me that you would talk to your client and get back to me about extending discovery to June 15, 2007. You said you also get back to me with possible deposition dates for Ms. Woodland and for the depositions that I noticed. I also told you that I would be getting Ms. Woodlands outstanding discovery to you shortly.

Thanks

Jim


AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**