

**jimbellesq@aol.com**
05/20/2007 11:53 AM

To   jferrer@morganlewis.com
cc   jimbellesq@aol.com
bcc
Subject   Woodland-Viacom  - Wooland signature page

John,

Please find the signature page from the Woodland interrogatories.

Jim

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**

. woodland signature page.doc


Subscribed and sworn under oath this 19th day of May, 2007, by

_____
Antoinette Woodland, Plaintiff

                                             Respectfully submitted,

                                             _____
                                             Jimmy A. Bell, Esq.