IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE WOODLAND<br>　　　　Plaintiff,<br><br>v.<br><br>VIACOM INC.,<br>　　　　Defendant. | Case No. 1:05-cv-01611 (PLF/JMF) |

### DEFENDANT VIACOM INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Civil Rules 7(b) and 56.1 and Federal Rule of Civil Procedure 56(c), Defendant Viacom Inc. ("Viacom"), by and through counsel, moves for summary judgment on the claim of gender discrimination set forth in Plaintiff Antoinette Woodland's ("Ms. Woodland's") Complaint on the grounds that:

1.　Ms. Woodland's claim of gender discrimination under the District of Columbia Human Rights Act, D.C. Code §§ 2-1401.1-1403.17 ("DCHRA") should be dismissed because she cannot establish that Viacom was her employer.

2.　Ms. Woodland's claim of gender discrimination under the DCHRA should be dismissed because Ms. Woodland cannot establish a *prima facie* case of gender discrimination.

WHEREFORE, for this reason and the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of its Motion for Summary Judgment and Statement of Material Facts As to Which There Is No Genuine Dispute, Defendant respectfully requests that the Court grant summary judgment and dismiss Plaintiff's claim of discrimination.

| | |
|---|---|
| Dated: November 1, 2007 | Respectfully submitted, |

                                                   /s/
                               Grace E. Speights (D.C. Bar No. 392091)
                               John S. Ferrer (D.C. Bar No. 489679)
                               Morgan, Lewis & Bockius LLP
                               1111 Pennsylvania Ave., N.W.
                               Washington, D.C.  20004
                               (202) 739-3000
                               (202) 739-3001  (Fax)
                               *Attorneys for Defendant Viacom Inc.*