DEPOSITION OF QUINTON BOWMAN
Conducted on September 5, 2007

Page 1

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

_____

ANTOINETTE WOODLAND,            )

          Plaintiff,            )

vs.                             )   CASE NO.:

VIACOM, INC.,                   )   1:05CV01611

          Defendant.            )

_____)

UPPER MARLBORO, MARYLAND

WEDNESDAY, SEPTEMBER 5, 2007

The deposition of:

QUINTON BOWMAN,

    called for oral examination by Counsel for the

Plaintiff, pursuant to notice, held in the Law

Office of Jimmy A. Bell, P.C., 9610 Old Marlboro

Pike, Upper Marlboro, Maryland, beginning at

10:15 a.m., before Cathelyn Matthews, Court Reporter

and a Notary Public in and for the State of

Maryland, when were present:

DEPOSITION OF QUINTON BOWMAN
Conducted on September 5, 2007

```
 1   APPEARANCES

 2        ON BEHALF OF DEFENDANT:

 3             JOHN FERRER, ESQUIRE

 4             MORGAN, LEWIS & BOCKIUS, LLP

 5             1111 Pennsylvania Avenue, N.W.

 6             Washington, D.C.  20004

 7             (202) 739-5317

 8             DAMIEN ALEXANDER, ESQUIRE

 9             Black Entertainment Television

10             Legal Affairs

11             1235 W Street, N.E.

12             Washington, D.C. 20018-1211

13             (202) 608-2188

14

15        ON BEHALF OF PLAINTIFF:

16             JIMMY A. BELL, ESQUIRE

17             LAW OFFICE OF JIMMY A. BELL, P.C.

18             9610 Old Marlboro Pike

19             Upper Marlboro, Maryland  20772

20             (301) 599-7620

21   ALSO PRESENT:  Antoinette Woodland
```

DEPOSITION OF QUINTON BOWMAN
Conducted on September 5, 2007

Page 7

1      Q.    Okay.   Now did you conduct any

2  discrimination investigations?

3      A.    I don't recall a particular year, but I

4  have, from time to time, investigated claims of

5  discrimination.

6      Q.    And was that based on any printed policy?

7      A.    Yes.

8      Q.    And what printed policy in -- let's go

9  from 2001 and we'll go forward.  Let's just go with

10  2001.

11      A.    In 2001 we had and continue to have the

12  BET Employee Handbook, which sets forth what the

13  rules of conduct are regarding discrimination.

14          And in 2002, thereabouts, we also acquired

15  another set of rules under the Viacom Business

16  Conduct Statement that direct what we should do.

17      Q.    What do you mean with "direct what you

18  should do"?

19      A.    That provide the rules of conduct for

20  Viacom and subsidiary Viacom employees.

21      Q.    So does that mean that that is -- the

DEPOSITION OF QUINTON BOWMAN
Conducted on September 5, 2007

Page 8

1    Viacom rules are the first set and then BET has

2    their own set in addition to Viacom?

3        A.    The BET rules were there first.  And

4    Viacom laid on top an additional set of guidelines.

5              THE COURT REPORTER:  Excuse me, laid?

6              THE WITNESS:  Laid on top later.  In other

7    words, the BET rules were in existence prior to

8    Viacom acquiring Black Entertainment Television.

9    BY MR. BELL:

10       Q.    And when they acquired it, these new set

11   of rules, they superceded the BET rules?

12       A.    No they didn't.  Our rules are still in

13   effect.

14       Q.    Was there a statement of corporate policy

15   and conduct that BET had prior to Viacom?

16       A.    Yes.

17       Q.    Had you ever seen one?

18       A.    Yes.

19             MR. BELL:  Mark these.

20             (Deposition Exhibit Numbers 1 and 2

21                were marked for identification)

DEPOSITION OF QUINTON BOWMAN
Conducted on September 5, 2007

Page 11

1      A.    This is the Black Entertainment Television

2   Regular Employee Handbook.

3      Q.    Is this the handbook that you were

4   speaking about?  About the BET handbook?

5      A.    Yes.

6      Q.    Okay.  You said that now that Viacom

7   acquired BET, that there's a different book.  Can

8   you tell me what the name of that book is?

9      A.    It's the Viacom Business Conduct

10  Statement.

11     Q.    And can you tell me the difference between

12  the Business Conduct Statement and BET's Employee

13  Handbook?

14     A.    The BET handbook essentially tells Black

15  Entertainment Television employees how they should

16  conduct themselves with regards to their work

17  relationships of BET.

18          It also informs them concerning their

19  rights -- benefit rights and other procedural

20  aspects of being a BET employee.

21          The Viacom BCS essentially tells -- is a