IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTOINETTE WOODLAND<br>      Plaintiff,<br><br>v.<br><br>VIACOM INC.,<br>      Defendant. | )<br>)<br>)<br>)<br>)   Case No. 1:05-cv-01611 (PLF/JMF)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

Having considered Defendant Viacom Inc.'s Motion for Summary Judgment, the Memorandum of Points and Authorities in support thereof, and accompanying exhibits, and the Opposition and Reply thereto, it is by the Court this ____ day of _____, 2007:

ORDERED, that the Defendant's Motion for Summary Judgment is hereby GRANTED in its entirety.

_____
Paul L. Friedman
United States District Judge

1-WA/2851491.1