Nov 14 2007 10:54PM   HP LASERJET FAX                                    p.1

Viacom Inc.
1515 Broadway
New York, NY 10036-5794

**William A. Roskin**
Senior Vice President
Human Resources and Administration

Tel  212 258 6230
Fax 212 846 1716
E-mail: bill.roskin@viacom.com

March 3, 2003                                          

I am pleased to advise that the Compensation Committee of Viacom's Board of Directors has approved a grant to you of non-qualified stock options for Viacom's Class B Common Stock. The exercise price for these stock options is $39.33 per share, which was the closing price of Viacom's Class B shares on the New York Stock Exchange on the January 29, 2003 grant date.

These stock options are fully vested and immediately exercisable. You may exercise these options at any time until they expire at the close of business on January 29, 2013, provided you continue as an employee. If you leave the Company's employ, you will generally have six (6) months from your last day of employment to exercise these options.

Enclosed is the certificate for your 2003 grant of stock options and the terms and conditions under which they have been granted to you under the Company's Long-Term Management Incentive Plan (LTMIP), together with a memorandum describing the LTMIP. You should retain these documents with your important papers. It is not necessary for you to sign or return anything to the Company.

Congratulations on your inclusion in this program. I wish you continued success.

Sincerely,

*Bill*

William A. Roskin

Enclosures

623250(2)