CONFIDENTIAL AND PROPRIETARY

## 2000 Long-Term Management Incentive Plan
## Stock Option Certificate

NAME: Antoinette Woodland

NUMBER OF SHARES COVERED: 500

EXERCISE PRICE: $39.33

DATE OF GRANT: January 29, 2003

### VIACOM INC.

This certifies that Viacom Inc. (the "Company") granted to the employee named above (the "Participant") on the above date ("Date of Grant") non-qualified stock options (the "Stock Options") to purchase the number of shares shown above of the Class B Common Stock, par value $0.01 per share, of the Company ("Class B Common Stock"), for a purchase price per share equal to the Exercise Price shown above, under the Company's 2000 Long-Term Management Incentive Plan, as amended from time to time (the "Plan"), all on the terms and conditions attached hereto as part hereof (the "Terms and Conditions").

*/s/ Mel Karmazin*

Mel Karmazin
President and Chief Operating Officer

#65069 v. 1