IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINETTE WOODLAND** : <br> : <br> : Case No.: 1:05cv01611 <br> Plaintiff, : <br> : <br> v. : <br> : <br> **VIACOM INC.,** : <br> : <br> Defendant. : <br> _____: | |

**ORDER**

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Opposition thereto, and in the interests of justice, it is this \_\_\_\_\_ day of _____, 2007,

ORDERED, that Defendant's Motion is hereby DENIED;

_____
United States District Court Judge