DEPOSITION OF QUINTON BOWMAN
Conducted on September 5, 2007

Page 1

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

---

ANTOINETTE WOODLAND,              )
        Plaintiff,    )
vs.                               )   CASE NO.:
VIACOM, INC.,                     )   1:05CV01611
        Defendant.    )
_____)

UPPER MARLBORO, MARYLAND

WEDNESDAY, SEPTEMBER 5, 2007

The deposition of:

QUINTON BOWMAN,

called for oral examination by Counsel for the Plaintiff, pursuant to notice, held in the Law Office of Jimmy A. Bell, P.C., 9610 Old Marlboro Pike, Upper Marlboro, Maryland, beginning at 10:15 a.m., before Cathelyn Matthews, Court Reporter and a Notary Public in and for the State of Maryland, when were present:

DEPOSITION OF QUINTON BOWMAN
Conducted on September 5, 2007

Page 2

1  APPEARANCES

2     ON BEHALF OF DEFENDANT:

3         JOHN FERRER, ESQUIRE

4         MORGAN, LEWIS & BOCKIUS, LLP

5         1111 Pennsylvania Avenue, N.W.

6         Washington, D.C.  20004

7         (202) 739-5317

8         DAMIEN ALEXANDER, ESQUIRE

9         Black Entertainment Television

10        Legal Affairs

11        1235 W Street, N.E.

12        Washington, D.C. 20018-1211

13        (202) 608-2188

14

15    ON BEHALF OF PLAINTIFF:

16        JIMMY A. BELL, ESQUIRE

17        LAW OFFICE OF JIMMY A. BELL, P.C.

18        9610 Old Marlboro Pike

19        Upper Marlboro, Maryland  20772

20        (301) 599-7620

21  ALSO PRESENT:  Antoinette Woodland

DEPOSITION OF QUINTON BOWMAN
Conducted on September 5, 2007

Page 3

1                    C O N T E N T S

2   DEPOSITION OF QUINTON BOWMAN                      PAGE

3        By Mr. Bell                                     4

4        By Mr. Ferrer                                  49

5        By Mr. Bell                                    51

6

7                      E X H I B I T S

8                        (RETAINED)

9   EXHIBIT NUMBER                                    PAGE

10  1   Statement of Corporate Policy and Code           8

11      of Conduct signed by Antoinette Woodland

12

13  2   Signed Confirmation of Receipt by                8

14

15  3   BET Regular Employee Handbook                   10

16

17

18              CERTIFIED QUESTIONS AND

19   QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

20                        (NONE)

21

PRECISE REPORTING SERVICES
(301) 210-5092   (877) 4 A STENO

58

1      CERTIFICATE FOR READING AND SIGNING

2

3          I hereby certify that I have read and examined

4      the within transcript and the same is a true and

5      accurate record of the testimony given by me.

6          Any corrections that I feel are necessary, I

7      have listed on the separate ERRATA SHEET enclosed,

8      indicating the page and line number of each

9      correction.

10

11

12     _____

13              QUINTON BOWMAN

14

15

16             10/18/07
       _____

17                  DATE

18

19     Charmaine Cooper-Jamison
       NOTARY PUBLIC
       Prince George's County
20     State of Maryland
       My Commission Expires
       July 14, 2011                    Charmaine Cooper-Jamison
                                                10/15/07
21



PRECISE REPORTING SERVICES
8804 Sumner Grove Drive, Laurel, Maryland 20708
(301) 210-5092 Telephone    (301) 210-5094 Facsimile
(877) 4 A STENO Toll-Free
precisereporting@comcast.net

## ERRATA SHEET

IN RE                    : ANTOINETTE WOODLAND vs. VIACOM, INC.
DEPOSITION OF   : **QUINTON BOWMAN**
TAKEN ON          : Wednesday, September 5, 2007
REPORTER         : Cathelyn Matthews
RETURN BY       : October 24, 2007

PAGE  LINE     CORRECTION AND REASON

7   20     Viacom and "employees of Viacom's subsidiary companies"
12   4     "employees of Viacom's subsidiary companies"
13   8     and "its subsidiary companies"
18   15    replace "the coming of" with "becoming"
13   14    replace "properties" with "property"
19   1     replace "from" with "to"
24   3     replace "Deidra" with "Deidre"

10/19/07
(DATE)                          (SIGNATURE)