UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE WOODLAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VIACOM INC., )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1611 (PLF/JMF) |

**MEMORANDUM ORDER**

By my order of August 1, 2007, I denied <u>Defendant Viacom Inc.'s Motion to Compel Plaintiff's Responses to Defendant's Discovery Requests</u> ("Motion") as moot because plaintiff had finally and belatedly served her responses to defendant's discovery requests. I also ordered plaintiff to show cause why she should not be made to pay the fees and costs incurred by defendant in bringing the Motion.

Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure requires the Court to award expenses and fees to a party that files a motion to compel if, after that motion is filed, the requested discovery is provided. No award is to be given, however, if: (1) the movant did not attempt in good faith to obtain the discovery without court action; (2) the opposing party's failure to timely produce the discovery was substantially justified; or (3) other circumstances make an award of expenses and fees unjust. Fed. R. Civ. P. 37(a)(5)(A)(i)-(iii).

No assertion has been made that defendant did not make a good faith attempt to obtain discovery without court action; indeed, defendant made numerous attempts to contact plaintiff's counsel prior to filing the Motion. Motion at 2-3. Nor can plaintiff's

untimely production be considered substantially justified where, as here, the excuse provided is that the production "took more time than expected."  <u>Response to this Court's Show Cause Order</u> at 1.  No attempt has been made to explain why plaintiff's counsel did not respond to voice messages and e-mails from defendant's counsel, or why no attempt was made to seek from the Court an enlargement of time.  It is clear that plaintiff simply chose to ignore the deadline and, therefore, no injustice would result from the issuance of an award under Rule 37(a)(5)(A).  It is therefore

**ORDERED** that plaintiff shall pay to defendant the fees and expenses incurred in filing the Motion; and it is further

**ORDERED** that defendant shall file within ten business days a petition seeking fees and expenses, accompanied by business records that support the amount sought; and it is further

**ORDERED** that plaintiff may file an opposition, limited in scope to the reasonableness of the fees and expenses sought by defendant, no later than ten business days after the filing of defendant's petition.

**SO ORDERED.**

Dated: March 6, 2008

/s/
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE