IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTOINETTE WOODLAND )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>VIACOM INC., )<br>      Defendant. )<br> )<br> ) | Case No. 1:05-cv-01611 (PLF/JMF) |

### AFFIDAVIT OF JOHN S. FERRER ITEMIZING ATTORNEYS' FEES AND COSTS INCURRED BY DEFENDANT

In accordance with the Court's Order dated March 6, 2008, requiring Plaintiff, pursuant to Rule 37(a)(5)(A), to pay all reasonable attorneys' fees and costs incurred by Defendant, Viacom Inc. ("Viacom"), in bringing its Motion to Compel Plaintiff's Responses to Defendant's Discovery Requests, this affidavit is submitted for the purpose of itemizing said fees and costs.

I, John S. Ferrer, hereby state as follows based on my personal knowledge:

1. I am an associate in the Washington, D.C. office of the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"). I am one of the attorneys representing Viacom in this action.

2. Viacom engaged the services of Morgan Lewis and agreed to pay all fees and costs incurred for professional legal services necessary to defend this case.

3. For the period covered by the work in question, Morgan Lewis charged the following hourly rates for its legal services, which it believes are reasonable hourly rates that are well within the market rate for major law firms in Washington, D.C. for attorneys of comparable skill and experience, less a 15 percent discount. See *Laffey* Matrix, attached hereto as Exhibit A.

| Name/Position | Hourly Rate |
|---|---|
| Grace E. Speights, Partner | $690 |
| John S. Ferrer, Associate | $420 |
| Stephanie L. Hankin, Associate | $295 |

4. Ms. Speights is a 1982 graduate of the George Washington University National Law Center and has been a partner at Morgan Lewis' Washington, D.C. office since 1991. Ms. Speights has substantial experience litigating employment discrimination claims in federal courts nationwide and in the local courts in the District of Columbia.

5. I am a 1996 graduate of the Howard University School of Law and an associate in the Labor and Employment group of Morgan Lewis. Prior to joining Morgan Lewis, I worked at the National Labor Relations Board from 1996-2003, where I litigated numerous unfair labor practice cases.

6. Ms. Hankin is a 2005 graduate of the University of Michigan Law School and an associate in the Labor and Employment group of Morgan Lewis.

7. Morgan Lewis endeavored to staff this matter economically, assigning an associate (the undersigned) to perform the majority of the tasks related to this matter. Partner time (Ms. Speights) has been charged largely for supervisory tasks. All services performed were necessary and reasonable.

10. For the purpose of preparing this Affidavit, I have reviewed Morgan Lewis's records that form the basis for the Firm's invoices for services rendered in this matter. In particular, I have reviewed the time and other expense charges incurred in connection with Viacom's Motion to Compel Plaintiff's Responses to Defendant's Discovery Requests. Those records are kept in the normal course of business and include itemized statements of disbursements and descriptions of services rendered, the amount of time spent, and the applicable hourly rates of attorneys and other personnel who perform billable services in

connection with this matter.

11. The attorneys' fees incurred by Viacom in preparing and filing its Motion to Compel total $2246.98 (which includes a 15% discount), and are detailed in the statement attached hereto as Exhibit B.

12. Viacom did not incur any additional costs in bringing its Motion to Compel Plaintiff's Responses to Defendant's Discovery Requests.

Viacom therefore seeks a total of $2246.98.

I declare under penalty of perjury that the foregoing is true and correct as executed on this 20th day of March, 2008.

_____
John S. Ferrer

DISTRICT OF COLUMBIA

Subscribed and sworn to before me this 20th day of March, 2008.

_____
Notary Public

Frances E. Sparkman
Notary Public, District of Columbia
My Commission Expires 11-30-2009

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2008, a copy of the foregoing Affidavit of John S. Ferrer Itemizing Attorneys' Fees and Costs Incurred by Defendant was served via the electronic case filing (CM/ECF) system and first-class mail on counsel for Plaintiff as follows

>Jimmy A. Bell, Esq.
>The Law Offices of Jimmy A Bell, P.C.
>9601 Marlboro Pike
>Upper Marlboro, MD 20772

John S. Ferrer

1-WA/2946282.1