**STATEMENT OF ATTORNEYS' FEES AND COSTS
INCURRED IN CONNECTION WITH MOTION TO COMPEL PLAINTIFF'S RESPONSES TO
DEFENDANT'S DISCOVERY REQUESTS IN ANTOINETTE WOODLAND
v. VIACOM INC., CASE NO: 05-1611 (PLF/JMF)**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 4/20/07 | JOHN FERRER | Prepare e-mail to J. Bell re: discovery requests and plaintiff's deposition | .20 | 84.00 |
| 4/26/07 | JOHN FERRER | Call with Judge's law clerk re: plaintiff's failure to respond to discovery requests; call and prepare e-mail to J. Bell re: same. | .80 | 336.00 |
| 4/27/07 | JOHN FERRER | Call with Judge's law clerk re: plaintiff's failure to respond to discovery requests; prepare e-mail to client re: same. | 1.00 | 420.00 |
| 4/30/07 | STEPHANIE HANKIN | Draft motion to compel plaintiff's responses to defendant's discovery requests. | .80 | 236.00 |
| 4/30/07 | JOHN FERRER | Revise motion to compel discovery responses. | 1.50 | 630.00 |
| 5/01/07 | GRACE SPEIGHTS | Review and revise motion to compel | .50 | 345.00 |
| 5/01/07 | STEPHANIE HANKIN | Prepare certification and proposed order for motion to compel discovery responses. | .30 | 88.50 |
| 5/01/07 | JOHN FERRER | Finalize and file motion to compel discovery responses. | 1.20 | 504.00 |
| | | **SUBTOTAL** | 6.3 | 2643.50 |
| | | **(LESS 15% DISCOUNT)** | | (396.52) |
| | | **TOTAL ATTORNEYS' FEES** | | 2246.98 |

