IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ANTOINETTE WOODLAND**  :
                         :
                         :  Case No.: 1:05cv01611
　Plaintiff,              :
                         :
v.                       :
                         :
**VIACOM INC.,**          :
                         :
　Defendant.              :
_____:

## ORDER

Upon consideration of this Defendant's Affidavit Itemizing Costs and Expenses and Plaintiff's Opposition thereto, and in the interests of justice, it is this _____ day of _____, 2008,

ORDERED, that Defendant's request is hereby DENIED.

_____
United States District Court Judge

