UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
ANTOINETTE WOODLAND,                     )
                                         )
       Plaintiff,                        )
                                         )
v.                                       )     Civil Action No. 05-1611 (PLF)
                                         )
VIACOM, INC.,                            )
                                         )
       Defendant.                        )
_____)


ORDER AND JUDGMENT

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion for summary judgment [30] is GRANTED; and it is

FURTHER ORDERED that JUDGMENT is entered for the defendant. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a). Any other pending motions are denied as moot.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  August 5, 2008